■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X  Bol Waldron
☐ Agent
☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery
4-13-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Kitchens Express
1130 Emory Folmar Parkway
Montgomery, AL 36110

2:06CV320-VPM

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number
(Transfer from service label)
7005 1160 0004 6820 4806

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ozark Express
   1130 Emory Folmar Parkway
   Montgomery, AL 36110

   2:06cv320-UPM

2. Article Number
   (Transfer from service label)

   7005 1160 0004 6820 4882

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Bob Waldrep    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 4-17-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes