IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE McGAUGHY        Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:06cv00320-MEF |
| KITCHENS EXPRESS and OZARK EXPRESS        Defendants. | ) ) ) ) | |

**APPLICATION TO THE CLERK FOR ENTRY OF DEFAULT
AGAINST OZARK EXPRESS**

COMES NOW Plaintiff Wayne McGaughy against defendant Ozark Express and would show unto the Clerk as follows:

1. The Complaint against the defendant was filed in this Court on or about April 7, 2006.

2. A Summons was issued on or about April 12, 2006.

3. The service of Summons was perfected by certified mail on or about April 13, 2006, as evidenced by a Return Receipt Card.

4. The defendant was due to file an answer to the Complaint by on or before May 3, 2006.

5. The defendant has failed to plead or otherwise defend within the time and manner provided by the Rules of Civil Procedure.

6. The above facts are spread upon the record of the Court.

7. Plaintiff is entitled to the Clerk's entry of default pursuant to Rule 55(a), F.R.Civ.P, so that he may pursue a motion before the Court for entry of default judgment pursuant to Rule 55(b)(2), F.R.Civ.P.

8. The affidavit of Plaintiff's counsel is attached hereto.

RESPECTFULLY SUBMITTED on this the 5th day of June, 2006.

/s/ JAY LEWIS
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J