IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY<br>    Plaintiff,<br><br>v.<br><br>KITCHENS EXPRESS and<br>OZARK EXPRESS<br>    Defendants. | )<br>)<br>)<br>)   Civil Action No. 2:06cv00320-MEF<br>)<br>)<br>)<br>)<br>) |

**DECLARATION IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT**

COMES NOW Jay Lewis, counsel of record for Plaintiff Wayne McGaughy against defendant Ozark Express and would show unto the Clerk as follows:

1. My name is Jay Lewis. I am counsel of record for Wayne McGaughy, Plaintiff herein.

2. The Complaint against the defendant was filed in this Court on or about April 7, 2006.

3. The service of Summons was perfected by certified mail on or about April 13, 2006, as evidenced by a Return Receipt Card, of which I have a copy and which I have reviewed.

4. The defendant was due to file an answer to the Complaint by on or before May 3, 2006.

5. After diligent review, I have concluded that the defendant has failed to plead or otherwise defend within the time and manner provided by the Rules of Civil Procedure. No answer or other pleading from the defendant appears in the CM/ECF Docket Report for the above-styled cause, nor has Plaintiff's counsel received any such pleading.

6. Plaintiff is entitled to the Court's entry of judgment by default pursuant to Rule 55(b)(2), F.R.Civ.P.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct. Executed on this the 5th day of June, 2006.

_____
JAY LEWIS
Plaintiff's Counsel