IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civil Action No. 2:06cv00320-MEF |
| ) | |
| KITCHENS EXPRESS and ) | |
| OZARK EXPRESS ) | |
|     Defendants. ) | |

**MOTION TO WITHDRAW APPLICATION TO THE CLERK FOR ENTRY OF DEFAULT AGAINST OZARK EXPRESS**

COMES NOW Plaintiff Wayne McGaughy against defendant Ozark Express and would show unto the Clerk as follows:

1. Since the Application for Entry of Default was filed in this case as against Ozark Express, Plaintiff has learned that the true name of the defendant entity is Ozark Delivery of Alabama, LLC.

2. Plaintiff's counsel has also located a document from Ozark Delivery purporting to respond to the claims in the Complaint. The said document was in the form of a letter from the president of Ozark Delivery, was not in the form of a pleading, and was not filed with the Court; consequently, it was consigned to the correspondence file. Nevertheless, that rendered arguably incorrect the averment of Plaintiff's counsel's affidavit submitted in support of the Application for Entry of Default that counsel had received no such pleading.

3. Given the fact that the defendant is entitled to perfected service in its proper name prior to entry of default against it, Plaintiff is hereby requesting that the Application for Entry of

-1-

Default be withdrawn.

4. A motion to amend Plaintiff's original Complaint is being filed contemporaneously herewith to correct the names of both defendants and to effect proper service on Ozark Delivery.

WHEREFORE, the premises considered, Plaintiff prays that the Clerk will grant him leave to withdraw his Application for Entry of Default as against this defendant.

RESPECTFULLY SUBMITTED on this the 6th day of June, 2006.

>   /s/ JAY LEWIS
>   Law Offices of Jay Lewis, LLC
>   P.O. Box 5059
>   Montgomery, AL 36103
>   (334) 263-7733 (Voice)
>   (334) 832-4390 (Fax)
>   J-Lewis@JayLewisLaw.com
>   ASB-2014-E66J

## CERTIFICATE OF SERVICE

  I hereby certify that on the __6th__ day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

Gordon L. Blair
James C. Pennington
Attorneys for Defendant
Kitchens Airfreight, Inc.

and that I have served the following party by placing a copy in the United States mail, first-class postage prepaid and properly addressed:

Klein Calvert, President
Ozark Delivery of Alabama, LLC
Box 26781
Overland Park, KS 66225

           /s/ JAY LEWIS
           Law Offices of Jay Lewis, LLC
           P.O. Box 5059
           Montgomery, AL 36103
           (334) 263-7733 (Voice)
           (334) 832-4390 (Fax)
           J-Lewis@JayLewisLaw.com
           ASB-2014-E66J