IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civil Action No. 2:06cv00320-MEF |
| ) | |
| KITCHENS EXPRESS and ) | |
| OZARK EXPRESS ) | |
|     Defendants. ) | |

## MOTION TO AMEND COMPLAINT

COMES NOW Plaintiff Wayne McGaughy against the above defendants to move the Court for leave to amend his Complaint and in support of which would show unto the Clerk as follows:

1. Plaintiff's Complaint incorrectly identifies the corporate defendants in this case as Kitchens Express and Ozark Express.

2. Plaintiff has now found that the true name of the entity originally dubbed "Kitchens Express" is actually "Kitchens Airfreight, Inc."

3. Plaintiff has now found that the true name of the entity originally dubbed "Ozark Express" is actually "Ozark Delivery of Alabama, LLC."

4. The entity originally designated as Ozark Express, now Ozark Delivery of Alabama, LLC, has not filed any pleading in this case. By separate process, Plaintiff is contemporaneously withdrawing his application for entry of default as against this defendant and serving him by alias summons with the First Amended Complaint.

WHEREFORE, Plaintiff prays the Court for leave to amend his Complaint by

-1-

substituting therefor his First Amended Complaint, attached hereto.

RESPECTFULLY SUBMITTED on this the 6th day of June, 2006.

/s/ JAY LEWIS
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

## CERTIFICATE OF SERVICE

I hereby certify that on the __6th__ day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

Gordon L. Blair
James C. Pennington
Attorneys for Defendant
Kitchens Airfreight, Inc.

and that I have served the following party by placing a copy in the United States mail, first-class postage prepaid and properly addressed:

Klein Calvert, President
Ozark Delivery of Alabama, LLC
Box 26781
Overland Park, KS 66225

/s/ JAY LEWIS
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J