IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE McGAUGHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.2:06-cv-320-MEF |
| | ) | |
| KITCHENS EXPRESS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Amend Complaint (Doc. #9), filed on June 6, 2006, it is hereby

ORDERED that the motion is GRANTED. The Plaintiff shall have until June 14, 2006 to file an amended complaint. In accordance with this ruling, it is further ORDERED that the Plaintiff's Motion to Withdraw Application for Entry of Default (Doc. #8) is GRANTED and the corresponding Application (Doc. #7) is TERMINATED.

Done this 9th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE