IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE McGAUGHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-320-MEF |
| | ) | |
| KITCHENS EXPRESS, et al. | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on June 6, 2006 between Jay Lewis on behalf of plaintiff and Gordon L. Blair on behalf of defendant. Pursuant to that meeting and subject to Court approval, the parties have agreed upon the following:

1. <u>Pre-Discovery Disclosures</u>.  The parties will exchange by **July 6, 2006** the information required by Federal Rule of Civil Procedure 26(a).

2. <u>Discovery Plan</u>.  The parties shall adhere to the following discovery plan:

    i. Discovery will be needed on the plaintiff's claims and defendant's defenses.

    ii. All discovery commenced in time to be completed by **March 15, 2007**.

    iii. Maximum of 25 interrogatories by each party to any other party.  Responses due 30 days after service.

  iv. Maximum of 25 requests for production of documents by each party to any other party. Responses due 30 days after service.

  v. Maximum of 15 requests for admission by each party to any other party. Responses due 30 days after service.

  vi. Maximum of 5 depositions by plaintiff and 5 by defendant.

  vii. Each deposition limited to maximum of 8 hours unless extended by agreement of parties.

  viii. Reports from retained experts under Rule 26(a)(2) due:

    from plaintiff by **December 11, 2006**;

    from defendant by **January 11, 2007**.

  ix. Supplementation under Rule 26 disclosures shall be made according to the rules.

 c. <u>Other items</u>. No conference with the Court will be held prior to the entry of the scheduling order.

  i. The parties request a pretrial conference in **May, 2007.**

  ii. Plaintiff should be allowed until **September 27, 2006** to join additional parties and amend the pleadings.

  iii. Defendant should be allowed until **October 27, 2006** to join additional parties and amend the pleadings.

    iv.    All potentially dispositive motions should be filed by **February 15, 2007**.

    v.    Settlement cannot be evaluated prior to the completion of some discovery.

    vi.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due 2 weeks before trial. The parties should have 10 days after service to list objections under Rule 26(a)(3).

    vii.    This case should be ready for trial by **June 4, 2007** and at this time is expected to take approximately 3 days.

WHEREFORE, premises considered, the parties respectfully request that the deadlines set forth above be adopted as the Court's Scheduling Order in this case.

Respectfully submitted,

| | |
|---|---|
| s/Jay Lewis (ASB-2014-E66J) | s/Gordon L. Blair (ASB-9454-G66B) |
| Carol Robin Gerard | James C. Pennington |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Law Offices of Jay Lewis, P.C. | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| P.O. Box 5059 | One Federal Place, Suite 1000 |
| Montgomery, Alabama 36103 | 1819 5th Avenue North |
| (334) 263-7733 | Birmingham, Alabama 35203-2118 |
| (334) 832-4390 | (205) 328-1900 |
| Email: j-lewis@jaylewislaw.com | (205) 328-6000 |
| Email: carolgerard@jaylewislaw.com | Email: gordon.blair@odnss.com |
| | Email: james.pennington@odnss.com |