# UNITED STATES DISTRICT COURT

MIDDLE          DISTRICT OF    ALABAMA

WAYNE McGAUGHY,
PLaintiff,

**Alias**

V.

KITCHENS AIRFREIGHT, INC., and
OZARK DELIVERY OF ALABAMA, LLC,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    2:06cv320-MEF

TO: (Name and address of defendant)
Klein Calvert, President
Ozark Delivery of Alabama, LLC
Box 26781
Overland Park, KS 66225

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Jay Lewis
847 So. McDonough St., Ste 100
Montgomery, AL 36104

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(BY) DEPUTY CLERK

DATE    6/9/06