**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

June 12, 2006

# NOTICE OF CORRECTION

**From:**                Clerk's Office

**Case Style:**          Wayne McGaughy v. Kitchens Airfreight, Inc., et al.

**Case Number:**         #2:06-cv-0320-MEF

**Referenced Document:** Document #12
                        First Amended Complaint

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain a proper electronic signature as required by Civil Administrative Procedure II-C and the pleading was not dated. The corrected pdf is attached to this notice.**