**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Klein Calvert, President
    Ozark Delivery of Alabama, L.L.C.
    Box 26781
    Overland Park, KS 66225

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name) — Klein Calvert
C. Date of Delivery — 6-20

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

2:06CV320-MEF
alias Sm + amd. Cmp

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label): 7004 2510 0004 8780 7865

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540