RECEIVED
2006 JUN 26 A 10: 39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

US District Court

Box 711

Montgomery, AL 36101-0711

2:06CV320

Enclosed is response to case number 2:06cv320-MEF

Copy to Jay Lewis

2:06CV320-MEF

RECEIVED

2006 JUN 26  A 10: 39

Law Offices of Jay Lewis, LLC

US District Court of Middle Alabama

July 21st, 2006

In response to the alleged charges by Dudley Wayne McGaughy against Ozark Delivery of Alabama, LLC, I answer the following.

Mr. McGaughy applied for employment with Ozark on July 15th, 2005 and all positions were filed at the time. Ozark took over operations on June 5th, 2005 and was at full staff by the time Mr. McGaughy applied. He then filed and EEOC complaint on July 21st, 2005, six days after applying for a position with Ozark. Applications take time to process and three business days are not sufficient.

Mr. McGaughy is an unprotected class being Caucasian. The demographics of Montgomery, Alabama shows 48% Caucasian, 48% Black, 1% Asian and 1% mixed race. We are within those demographics with 7 Black, 7 White and one Asian. During the time of is application, I was the manager of the location and I am a 56 year old white male. Ozark has also employed two (2) employees over the age of 60 which proves it does not discriminate due to age or race.

Mr. McGaughy's performance with the previous employer was less than satisfactory.

Mr. McGaughy found employment and was employed the following week and has been employed since his layoff.

Ozark has not violated any law concerning hiring of employees in the State of Alabama or the United States of America. Ozark does not discriminate against class of citizen regarding race, religion or age. Ozark asked that all charges be dismissed and believes that it has been unjustly charged in this matter.

Klein Calvert, President

Ozark Delivery of Alabama, LLC