IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE McGAUGHY,          Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 2:06cv320-MEF |
| KITCHENS AIRFREIGHT, INC., and OZARK DELIVERY OF ALABAMA, LLC,          Defendants. | ) ) ) ) | |

## MOTION TO STRIKE "ANSWER" OF OZARK EXPRESS

COMES NOW Plaintiff Wayne McGaughy against defendant Ozark Express and would show unto the Clerk as follows:

1. Plaintiff's counsel has been served with what purports to be an "answer" filed by one Klein Calvert, President, Ozark Delivery of Alabama, LLC.  (Doc. 18).

2. The said document appears to be a letter, not a pleading.

3. The said document does not comply with the Federal Rules of Civil Procedure, neither in form nor in content.

4. The said document bears the signature of Klein Calvert.  Counsel has searched the records of the Alabama Bar Association, the Kansas Bar Association, and the Missouri Bar Association without success for some indication that Mr. Calvert is an attorney in good standing.  Counsel concludes that Mr. Calvert is not a lawyer.

5. A non-lawyer cannot represent a party in a lawsuit.

6. In attempting to represent the defendant in this case, Mr. Calvert is practicing law without a license.

7.   As the document is not signed by a lawyer or a party who is a natural person, it violates Rule 11, F.R.Civ.P., and is due to be stricken from the record.

WHEREFORE, the premises considered, Plaintiff prays that the Court will strike the answer of defendant Ozark Delivery of Alabama, LLC.

RESPECTFULLY SUBMITTED on this the 28th day of June, 2006.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

## CERTIFICATE OF SERVICE

      I hereby certify that on the __28th__ day of June, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

Gordon L. Blair
James C. Pennington
Attorneys for Defendant
Kitchens Airfreight, Inc.

and that I have served the following party by placing a copy in the United States mail, first-class postage prepaid and properly addressed:

Klein Calvert, President
Ozark Delivery of Alabama, LLC
Box 26781
Overland Park, KS 66225

                                            /s/ JAY LEWIS
                                            Jay Lewis
                                            Law Offices of Jay Lewis, LLC
                                            P.O. Box 5059
                                            Montgomery, AL 36103
                                            (334) 263-7733 (Voice)
                                            (334) 832-4390 (Fax)
                                            J-Lewis@JayLewisLaw.com
                                            ASB-2014-E66J