IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.2:06-cv-320-MEF |
| ) | |
| KITCHENS EXPRESS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

Upon consideration of the Plaintiff's Motion to Strike (Doc. #20) filed on June 28, 2006, it is hereby

ORDERED that the motion is GRANTED. The Answer (Doc. #18) of Defendant Ozark Delivery of Alabama, LLC shall be STRICKEN from the docket sheet in this case. The Defendant shall have until July 21, 2006 to file an responsive pleading that conforms with the Federal Rules of Civil Procedure. The Court also points out to the Defendant that it is well settled law that a limited liability corporation is an artificial entity that cannot appear *pro se* in legal proceedings and must be represented by licensed legal counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir.1985), *cert. denied*, 474 U.S. 1058 (1986). This rule applies even when the person seeking to represent the limited liability corporation is its president and major stockholder. *Id*.

Done this the 12th day of July, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE