IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civil Action No. 2:06cv320-MEF |
| ) | |
| KITCHENS AIRFREIGHT, INC., and ) | |
| OZARK DELIVERY OF ALABAMA, LLC, ) | |
|     Defendants. ) | |

**APPLICATION TO THE CLERK FOR ENTRY OF DEFAULT
AGAINST OZARK DELIVERY OF ALABAMA, LLC**

COMES NOW Plaintiff Wayne McGaughy against defendant Ozark Delivery of Alabama, LLC, and would show unto the Clerk as follows:

1. The Complaint against the defendant was filed in this Court on or about April 7, 2006.

2. A Summons was issued on or about April 12, 2006.

3. The service of Summons was perfected by certified mail on or about April 13, 2006, as evidenced by a Return Receipt Card.

4. The defendant was due to file an answer to the Complaint by on or before May 3, 2006.

5. The defendant failed to plead or otherwise defend within the time and manner provided by the Rules of Civil Procedure.

6. On or about June 5, 2006, Plaintiff applied for entry of default, which entry was granted.

7. On or about June 6, 2006, Plaintiff filed a motion to withdraw the application for default and for leave to amend his complaint.

8. On or about June 9, 2006, Plaintiff filed an amended complaint to more particularly identify the defendant parties. On the same day the Court granted Plaintiff's motion to

withdraw his application for default.

9. On or about June 26, 2006, what purported to be an "answer" was filed by one Klein Calvert, President, Ozark Delivery of Alabama, LLC.

10. The said document did not comply with the Federal Rules of Civil Procedure, either in form or in content.

11. On or about June 28, 2006, Plaintiff timely filed a motion to strike the "answer," which motion was granted by the Court on or about July 12, 2006.

12. In granting the motion to strike, the Court gave Ozark Delivery until July 21, 2006, to file a proper answer in the case.

13. Defendant Ozark Delivery has failed or refused to file an answer, to plead, or otherwise to defend in the time permitted by the Court.

14. The above facts are spread upon the record of the Court.

15. Plaintiff is entitled to the Clerk's entry of default pursuant to Rule 55(a), F.R.Civ.P, so that he may pursue a motion before the Court for entry of default judgment pursuant to Rule 55(b)(2), F.R.Civ.P.

16. The affidavit of Plaintiff's counsel is attached hereto.

RESPECTFULLY SUBMITTED on this the 26th day of July, 2006.

/s/ JAY LEWIS
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

## CERTIFICATE OF SERVICE

      I hereby certify that on the __26th__ day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

Gordon L. Blair
James C. Pennington
Attorneys for Defendant
Kitchens Airfreight, Inc.

and that I have served the following party by placing a copy in the United States mail, first-class postage prepaid and properly addressed:

Klein Calvert, President
Ozark Delivery of Alabama, LLC
Box 26781
Overland Park, KS 66225

                                /s/ JAY LEWIS
                                Jay Lewis
                                Law Offices of Jay Lewis, LLC
                                P.O. Box 5059
                                Montgomery, AL 36103
                                (334) 263-7733 (Voice)
                                (334) 832-4390 (Fax)
                                J-Lewis@JayLewisLaw.com
                                ASB-2014-E66J