IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY,        ) | |
|     Plaintiff,        ) | |
|             ) | |
|     v.        ) | Civil Action No. 2:06cv320-MEF |
|             ) | |
| KITCHENS AIRFREIGHT, INC., and        ) | |
| OZARK DELIVERY OF ALABAMA, LLC,        ) | |
|     Defendants.        ) | |

### DECLARATION IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT

COMES NOW Jay Lewis, counsel of record for Plaintiff Wayne McGaughy against defendant Ozark Express and would show unto the Clerk as follows:

1. My name is Jay Lewis. I am counsel of record for Wayne McGaughy, Plaintiff herein.

2. The Complaint against the defendant was filed in this Court on or about April 7, 2006.

3. The service of Summons was perfected by certified mail on or about April 13, 2006, as evidenced by a Return Receipt Card, of which I have a copy and which I have reviewed.

4. The defendant was due to file an answer to the Complaint by on or before May 3, 2006.

5. The defendant failed to plead or otherwise defend within the time and manner provided by the Rules of Civil Procedure.

6. On or about June 5, 2006, Plaintiff applied for entry of default

7. On or about June 6, 2006, Plaintiff filed a motion to withdraw the application for default and for leave to amend his complaint.

8. On or about June 9, 2006, Plaintiff filed an amended complaint to more particularly identify the defendant parties. On the same day the Court granted Plaintiff's motion to

withdraw his application for default.

9. On or about June 26, 2006, what purported to be an "answer" was filed by one Klein Calvert, President, Ozark Delivery of Alabama, LLC.

10. The said document did not comply with the Federal Rules of Civil Procedure, either in form or in content.

11. On or about June 28, 2006, Plaintiff timely filed a motion to strike the "answer," which motion was granted by the Court on or about July 12, 2006.

12. In granting the motion to strike, the Court gave Ozark Delivery until July 21, 2006, to file a proper answer in the case.

13. After diligent review, I have concluded that the defendant has failed to plead or otherwise defend within the time and manner provided by the Rules of Civil Procedure. No answer or other pleading from the defendant appears in the CM/ECF Docket Report for the above-styled cause, nor has Plaintiff's counsel received any such pleading.

14. Plaintiff is entitled to the Court's entry of judgment by default pursuant to Rule 55(b)(2), F.R.Civ.P.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this the 26th day of July, 2006.

/s/ JAY LEWIS
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J