IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-cv-320-MEF |
| ) | |
| KITCHENS AIRFREIGHT, INC., and ) | |
| OZARK DELIVERY OF ALABAMA, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ENTRY OF DEFAULT

It appearing that defendant Ozark Delivery of Alabama, LLC, was duly served with a copy of the alias summons and amended complaint on June 20, 2006, and was ordered on July 12, 2006 that defendant Ozark Delivery of Alabama, LLC shall have until July 21, 2006 to file a responsive pleading. Said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the application filed herein on July 26, 2006, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, Ozark Delivery of Alabama, LLC.

DONE THIS  27th  day of   July , 2006  .

/s/ Debra P. .Hackett

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA