**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| WAYNE McGAUGHY,<br>Plaintiff,<br><br>v.<br><br>KITCHENS AIRFREIGHT, INC., and<br>OZARK DELIVERY OF ALABAMA, LLC<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:06-cv-320-MEF |

**MOTION FOR JUDGMENT BY DEFAULT**

COMES NOW Plaintiff Wayne McGaughy against the above-captioned defendant, Ozark Delivery of Alabama, LLC, and would show unto the Court as follows:

1. The Complaint against the defendant was filed in this Court on or about April 7, 2006.

2. A Summons was issued on or about April 12, 2006.

3. The service of Summons was perfected by certified mail on or about April 13, 2006, as evidenced by a Return Receipt Card.

4. The defendant was due to file an answer to the Complaint by on or before May 3, 2006.

5. The defendant failed to plead or otherwise defend within the time and manner provided by the Rules of Civil Procedure.

6. On or about June 5, 2006, Plaintiff applied for entry of default, which entry was granted.

7. On or about June 6, 2006, Plaintiff filed a motion to withdraw the application for default and for leave to amend his complaint.

8. On or about June 9, 2006, Plaintiff filed an amended complaint to more particularly identify the defendant parties. On the same day the Court granted Plaintiff's motion to

withdraw his application for default.

9. On or about June 26, 2006, what purported to be an "answer" was filed by one Klein Calvert, President, Ozark Delivery of Alabama, LLC.

10. The said document did not comply with the Federal Rules of Civil Procedure, either in form or in content.

11. On or about June 28, 2006, Plaintiff timely filed a motion to strike the "answer," which motion was granted by the Court on or about July 12, 2006.

12. In granting the motion to strike, the Court gave Ozark Delivery until July 21, 2006, to file a proper answer in the case.

13. Defendant Ozark Delivery has failed or refused to file an answer, to plead, or otherwise to defend in the time permitted by the Court.

14. The Clerk of the Court has now entered the defendant's default. (Doc. 23).

15. The above facts are spread upon the record of the Court.

16. Having complied with the requirements of Rule 55(a), F.R.Civ.P., Plaintiff is entitled to judgment by default pursuant to Rule 55(b)(2), F.R.Civ.P.

17. Plaintiff's claim in this employment discrimination case is not for a sum certain, as it includes ongoing economic damages in addition to reputational damages, emotional distress and mental anguish.

18. Plaintiff prays that the Court will set this matter down for a trial by jury for a determination of damages due to Plaintiff.

RESPECTFULLY SUBMITTED on this the 27th day of July, 2006.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

**CERTIFICATE OF SERVICE**

I hereby certify that on the __27th__ day of July, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

Gordon L. Blair
James C. Pennington
Attorneys for Defendant
Kitchens Airfreight, Inc.

and that I have served the following party by placing a copy in the United States mail, first-class postage prepaid and properly addressed:

Klein Calvert, President
Ozark Delivery of Alabama, LLC
Box 26781
Overland Park, KS 66225

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J