# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. MARK E. FULLER, PRESIDING      AT MONTGOMERY, AL

DATE COMMENCED:    8/11/06      AT:    3:30 p.m.
DATE COMPLETED:    8/11/06      AT:    4:05 p.m.

Wayne McGaughy      §
     §
vs.      §    CV. NO. 2:06CV320-MEF
     §
Kitchens Airfreight Inc., et al.      §

_____

     PLAINTIFF      APPEARANCES:      DEFENDANT

Carol R. Gerard      Gordon L. Blair
Jay Lewis      James C. Pennington
     David Allred

_____

COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter
Josh Clayton, Law Clerk
Kelli Gregg, Courtroom Clerk

_____

COURTROOM PROCEEDINGS:

( X ) **Motion Hearing**

3:30 - 4:05 p.m. -    Court convenes off the record with counsel in chambers to discuss the Motion for Default Judgment and other matters pending before the Court in this case. After discussions between parties, the Court will have Plaintiff file a bill of costs by Wednesday, August 16, 2006, and will continue the damages hearing that was to be heard today to a later date. Counsel for Ozark Delivery of Alabama, LLC. shall file a Motion to Amend by Wednesday, August 16, 2006 and the Court will get a briefing order out at a later date.