IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, | ) |
| *Plaintiff,* | ) ) ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv320-MEF |
| KITCHENS AIRFREIGHT, INC.; and OZARK DELIVERY OF ALABAMA, LLC, | ) ) ) ) |
| *Defendants.* | ) |

## MOTION TO AMEND

NOW COMES **OZARK DELIVERY OF ALABAMA, LLC**, and pursuant to the Court's directive of August 11, 2006, moves the Court to permit this defendant to amend its Motion to Vacate Entry of Default / Motion for Leave to File Responsive Pleading previously filed by this defendant (Doc. 26) to reflect the additional grounds and arguments set out in the proposed Amended Motion to Vacate Entry of Default / Entry of Default Judgment / Motion for Leave to File Responsive Pleading submitted as Exhibit A attached hereto.

Respectfully submitted,

_____
DAVID E. ALLRED
Attorney for Above-Named Defendant

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977
E-mail:        dallred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of August, 2006 filed the foregoing *Motion to Amend* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

>Jay Lewis, Esq.
>Carol Gerard, Esq.
>Gordon L. Blair, Esq.
>James C. Pennington, Esq.

_____
OF COUNSEL