LAW OFFICES OF JAY LEWIS, LLC
P. O. Box 5059
MONTGOMERY, AL 36103

Rec'd
8-11-06

Klein Calvert, President
Ozark Delivery of Alabama, LLC
Box 26781
Overland Park, KS 66225



MONTGOMERY AL
28 JUL 2006

OZAR701  6622520026  1706 06  08/09/06
NOTIFY SENDER OF NEW ADDRESS
OZARK DELIVERY
225 W RIVER BLUFF DR
OZARK MO 65721-7226