**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ozark Delivery of Alabama, LLC
   Box 26781
   Overland Park, KS 66225

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  *Pam Calvert*                    ☑ Agent
                                        ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery
   PAM CALVERT                         8-24-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   2:06cv320
   #25 order

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1820 0002 3465 1198

Domestic Return Receipt                102595-02-M-1540