IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE McGAUGHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-320-MEF |
| | ) | |
| KITCHENS EXPRESS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Vacate Entry of Default/Motion for Leave to File Responsive Pleading (Doc. #26) filed on August 11, 2006 and the defendant's Motion to Amend/Correct Motion to Vacate Entry of Default (Doc. #28) filed on August 16, 2006, it is hereby ORDERED that:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before September 14, 2006.

2. The defendant may file a reply brief on or before September 21, 2006.

DONE this the 31st day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE