IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.2:06-cv-320-MEF |
| ) | |
| KITCHENS EXPRESS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby ORDERED that the scheduling conference set in this case for January 12, 2007 is continued to January 17, 2007 at 9:30 A.M. in the Chambers of the undersigned, United States Courthouse, One Church Street, A-300, Montgomery, Alabama.

DONE this the 8th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE