IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv320-MEF |
| ) | |
| KITCHENS AIRFREIGHT, INC.; and ) | |
| OZARK DELIVERY OF ALABAMA, LLC, ) | |
| ) | |
| *Defendants.* ) | |

## NOTICE OF APPEARANCE

NOW COMES **D. CRAIG ALLRED** and gives notice of appearance as an additional attorney for the defendant, **OZARK DELIVERY OF ALABAMA, LLC.**, in the above-referenced matter.

Respectfully submitted this the 9th day of January, 2007.

_____
D. CRAIG ALLRED

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977
E-mail:       callred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 9th day of January, 2007 filed the foregoing *Notice of Appearance* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

    Jay Lewis, Esq.
    Carol Gerard, Esq.
    Gordon L. Blair, Esq.
    James C. Pennington, Esq.

_____
OF COUNSEL