IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv320-MEF ) |
| KITCHENS AIRFREIGHT, INC.; and OZARK DELIVERY OF ALABAMA, LLC, | ) ) ) |
| *Defendants.* | ) ) |

## ANSWER

NOW COMES **OZARK DELIVERY OF ALABAMA, LLC**, one of the defendants herein, by and through its attorneys, and submits the following answer to the plaintiff's complaint, both as originally filed and as amended on June 9th of 2006:

1.  Not guilty.

2.  This defendant denies that it took any action adverse to the plaintiff's employment that were based on age or race.

3.  This defendant states that the plaintiff's non-hiring was the result of a business-based, non-discriminatory reason.

4.  This defendant pleads accord and satisfaction, as well as settlement. Under the terms of the settlement of the plaintiff's claim with the National Labor Relations Board against this defendant, which claim is the companion to this case, the plaintiff was paid $10,000, was employed by this defendant, and agreed to dismiss all claims related to the

NLRB complaint; specifically, the instant case.

5.  This defendant further states that, regarding any potential judgment, it is entitled to a set-off in the amount of $10,000 that it paid in settlement of the plaintiff's NLRB claim and also against any lost wages claimed by the plaintiff.

                                                    /s/ _____
                                                    DAVID E. ALLRED
                                                    D. CRAIG ALLRED
                                                    Attorneys for Above-Named Defendant

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:   (334) 396-9977
E-mail:       dallred@allredpclaw.com
                  callred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of January, 2007 filed the foregoing *Answer* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

    Jay Lewis, Esq.
    Carol Gerard, Esq.
    Gordon L. Blair, Esq.
    James C. Pennington, Esq.

/s/ *[signature]*
OF COUNSEL