IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.2:06-cv-320-MEF |
| | ) |
| KITCHENS EXPRESS, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the matters discussed at a scheduling conference held by the Court on January 17, 2007, it is hereby

ORDERED that **Section 2** of this Court's Uniform Scheduling Order (Doc.# 15) is amended and all dispositive motions shall be filed no later than February 23, 2007.

All remaining deadlines shall remain in full force and effect.

DONE this the 18th day of January, 2007.

                      /s/ Mark E. Fuller
   CHIEF UNITED STATES DISTRICT JUDGE