IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE McGAUGHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:06-CV-320-VPM |
| | ) | |
| KITCHENS EXPRESS, et al. | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW plaintiff Wayne McGaughy and defendant Kitchens Airfreight, Inc. ("Kitchens") and respectfully move this Court for the entry of an order dismissing all claims against Kitchens Airfreight, Inc. with prejudice. As grounds therefor, plaintiff and Kitchens state that the claims against Kitchens have been resolved to the satisfaction of it and plaintiff.

Respectfully submitted,

_____
Jay Lewis
Attorney for Plaintiff

**OF COUNSEL:**
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103

_____
James C. Pennington
Gordon L. Blair
Attorneys for Defendant,
Kitchens Airfreight, Inc.

**OF COUNSEL:**
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203 - 2118
(205) 328-1900