IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE McGAUGHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.2:06-cv-320-MEF |
| | ) | |
| KITCHENS EXPRESS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the Joint Stipulation of Dismissal (Doc. #41) filed on February 5, 2007, it is hereby

ORDERED that all claims against defendant Kitchens Airfreight, Inc. are DISMISSED with prejudice and this defendant is dismissed from this cause of action.

It is further ORDERED that plaintiff's claims, as set forth in his complaint, remain against all other defendants.

DONE this the 6th day of February, 2007.

                                                    /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE