IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WAYNE McGAUGHY,** )<br>    Plaintiff,   )<br>        )<br>    v.     )<br>        )<br>**KITCHENS AIRFREIGHT, INC.,** and )<br>**OZARK DELIVERY OF ALABAMA, LLC**   )<br>    Defendants.  ) | Civil Action No. 2:06-cv-320-MEF |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff, by and through counsel and reports to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiff has met and conferred with counsel for defendant Ozark Delivery of Alabama, LLC, regarding the possibility of settling this case. At this point, it appears that settlement will not be possible. At this point, it does not appear that mediation will be useful in this case.

RESPECTFULLY SUBMITTED on this the __19th_ day of February, 2007.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

## CERTIFICATE OF SERVICE

      I hereby certify that on the __19th__ day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

David Allred
Craig Allred
Attorneys for Defendant
Ozark Delivery of Alabama, LLC

                                      /s/ JAY LEWIS
                                      Jay Lewis
                                      Law Offices of Jay Lewis, LLC
                                      P.O. Box 5059
                                      Montgomery, AL 36103
                                      (334) 263-7733 (Voice)
                                      (334) 832-4390 (Fax)
                                      J-Lewis@JayLewisLaw.com
                                      ASB-2014-E66J