IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.:   2:06CV320-MEF |
| ) | |
| KITCHENS AIRFREIGHT, INC., ) | |
|   and OZARK DELIVERY OF ) | |
| ALABAMA, LLC ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF KLEIN CALVERT

COMES NOW Klein Calvert under his oath hereby states the following to be true to his best knowledge:

1. I am the owner of Ozark Delivery of Alabama, LLC, a limited liability company formed in Alabama, currently in good standing.

2. Purpose of the company is to deliver contracted packages for DHL.

3. My company operates out of Montgomery, Alabama and opened its doors on July 5th, 2005.

4. On or about last part of June and early July 2005 my company hired 21 employees.

5. Wayne McGaughy applied for employment on July 15th, 2005. His was one of at least 40 applications received.

6. He was not hired because he had a poor attendance record and work history with his previous employer. Furthermore, my manager, Author Scott, had personal knowledge of Mr. McGaughy's work habits in that Mr. Scott was Mr. McGaughy's supervisor at a previous employer.

7. On July 21st, upon learning he was not going to be hired, Mr. McGaughy filed an EEOC complaint alleging age/race discrimination and a NLRB unfair labor charge alleging he was not hired because of union affiliation.

8. On June 5th, 2006, my company offered employment to Wayne McGaughy, and he accepted as position as a driver at a wage of $450.00 per week, which was an increase of $75.00 per week for his current employer. As further consideration my company offered benefits in the form of health insurance and retirement.

9. Wayne McGaughy, as a condition of his hiring, agreed to dismiss all litigation that he had filed against my company including the federal lawsuit; Case No. 2:06cv320-MEF, as well as a claim for relief filed with the National Labor Relations Board.

10. When Wayne McGaughy was hired on June 5, 2006, Defendant was under belief that the federal lawsuit was resolved, per Mr. McGaughy's representations, and no response to pleadings were necessary.

11. Although settlement agreement was reached on June 5th, 2006, it was not reduced to writing, but it was agreed by the parties and witnessed by George Yarbrough, Local Union 612, Teamsters, Chaffeurs, Warehousemen & Helpers, Birmingham, AL.

12. My business address was in Overland Park, Kansas until June 27th, 2006.

13. On June 27th the business was relocated to Ozark, Missouri and I personally filed a mail-forwarding request with the United States Post Office.

14. The average turn around for mail to be received from Overland Park Kansas to Ozark Missouri is two weeks.

15. The Order of the Court (Doc #21) ordering my company to file an Answer was not received by Defendant until August 4, 2006 and was provided to legal counsel the next week resulting in a Motion to Set Aside.

16. My company has numerous meritorious defenses including, but not limited to, the following:

    a.    McGaughy had a poor work history with previous employer for numerous unexcused absences and poor performance.

    b.    He was not discriminated against for race in that an equal and fair cross section of demongraphics was hired by my company.

    c.    My company hired better qualified employees with better work histories.

    d.    My company did not discriminate as to age because employer hired older, better qualified, individuals then defendant.

    e.    McGaughy has filed a National Labor Relations Board unfair labor complaint where he alleged his non hiring was because of his a union activities and not based on race or age.

    f.    Settlement agreement was reached between the parties thereby barring this action where the Plaintiff was hired to a full time position making $450.00 per week which represented a increase in wages of $75.00 from his previous employment. My company has fully performed.

    g.    McGaughy has also made statements to me causing me to believe this litigation was to be dismissed. I relied on said statements to my detriment.

    h.    McGaughy has gone to great lengths to hide from me that this matter was not dismissed even lying to me as to why he needed to be off of work on August 11th stating he had union activities when in fact he was planning to testify before this court at a damage hearing.

17.    Wayne still works for my company per our settlement agreement and has not told me that he wants to rescind the settlement agreement.

**I HAVE READ THIS AFFIDAVIT AND STATE, UNDER OATH AND THREAT OF PERJURY, THAT ITS CONTENTS ARE TRUE AND ACCURATE.**

_____
KLEIN CALVERT, MEMBER OF OZARK
DELIVERY OF ALABAMA, LLC

STATE OF MISSOURI    )
                     )
COUNTY OF GREENE     )

Sworn and subscribed before me this 10 day of August, 2006.  On this day Klein Calvert personally appeared before me and signed this affidavit.

*[signature]*
Notary Public

My commission expires:

> Donna R. Smith
> Notary Public - Notary Seal
> State of Missouri
> County of Greene
> Expires March 16, 2008