IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>KITCHENS AIRFREIGHT, INC.; and )<br>OZARK DELIVERY OF ALABAMA, LLC, )<br>)<br>*Defendants.* ) | CIVIL ACTION NO. 2:06cv320-MEF |

## **SUPPLEMENT TO AFFIDAVIT OF KLEIN CALVERT**

STATE OF MISSOURI )
)
COUNTY OF GREENE )

1. My name is Klein Calvert. I am the owner of Ozark Delivery of Alabama, LLC. I have personal knowledge of the facts set forth herein.

2. Ozark Delivery recently terminated the employment of Wayne McGaughy, the plaintiff herein, due to his non-compliance with company policies and regulations.

3. McGaughy was terminated on February 6, 2007 for falsifying a signature on a delivery manifest. The investigation of Ozark Delivery revealed that a complaint had been received from one of its customers, Future Wireless in Selma, Alabama, that Wayne McGaughy had delivered a package to an employee of that company, named Gladys Dukes, which had been cut, opened, and emptied. When Ms. Dukes refused to accept the

package, McGaughy told Ms. Dukes that she <u>must</u> accept it. McGaughy then entered Ms. Duke's name on the delivery manifest, and forged her signature.

Further, affiant saith not.

*[signature]*
KLEIN CALVERT
Managing Member of
OZARK DELIVERY OF ALABAMA, LLC

STATE OF MISSOURI )
~~COUNTY OF GREENE~~ Christian )

SWORN TO AND SUBSCRIBED BEFORE ME, this the 16th day of February, 2007.

(SEAL)

LISA L. LANGFORD
Notary Public - Notary Seal
STATE OF MISSOURI
Christian County
My Commission Expires Nov. 12, 2007

NOTARY PUBLIC
My commission expires: 11/12/07

-2-