IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv320-MEF |
| ) | |
| KITCHENS AIRFREIGHT, INC.; and ) | |
| OZARK DELIVERY OF ALABAMA, LLC, ) | |
| ) | |
| *Defendants.* ) | |

## AFFIDAVIT OF ARTHUR SCOTT

STATE OF ALABAMA   )
                                  )
COUNTY OF MONTGOMERY  )

1. My name is Arthur Scott. I am over the age of 19, a resident of Alabama, and have personal knowledge of the facts set forth herein.

2. I was formerly employed as an assistant manager with Fast Air of Dixie, LLC (hereinafter, "Fast Air") which was a DHL franchisee that is no longer in business.

3. My duties as an assistant manager with Fast Air included the supervision of numerous drivers, including Wayne McGaughy, who was also a Fast Air employee.

4. Based on my personal knowledge and observations, Mr. McGaughy's job performance was wholly unsatisfactory. In this regard, Mr. McGaughy demonstrated insubordinate behavior on numerous occasions and was absent without leave from work on a regular basis.

5. Regarding insubordination, there were numerous instances where McGaughy flatly refused to deliver parcels to particular destinations or just simply failed to do so when asked. It was also Mr. McGaughy's practice to assemble meetings to conduct union activities on company time although this was a violation of company policy.

6. At the time that McGaughy's application for employment with Ozark was being considered, I disclosed to Klein Calvert the facts set forth herein regarding the poor job performance of Wayne McGaughy.

Further, affiant saith not.

_____
ARTHUR SCOTT

STATE OF ALABAMA     )
                     )
COUNTY OF MONTGOMERY )

SWORN TO AND SUBSCRIBED BEFORE ME, this the _22_ day of February, 2007.

(SEAL)

_____
NOTARY PUBLIC
My commission expires: 9-13-2010