IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WAYNE McGAUGHY,                        )
                                       )
            *Plaintiff,*                 )
                                       )
v.                                     )    CIVIL ACTION NO. 2:06cv320-MEF
                                       )
KITCHENS AIRFREIGHT, INC.; and         )
OZARK DELIVERY OF ALABAMA, LLC,        )
                                       )
            *Defendants.*                )

## MOTION FOR SUMMARY JUDGMENT

NOW COMES OZARK DELIVERY OF ALABAMA, L.L.C.., one of the defendants herein, by and

through its attorneys, and moves to the Court to enter an order dismissing the plaintiff's

claims and, for reason, this defendant says that there is no genuine issue as to any material

fact, and that this defendant is entitled to judgment as a matter of law.

This motion is based upon the pleadings and the affidavits of Klein Calvert and

Arthur Scott, which affidavits are attached to the brief filed in support of this motion.

                              _____
                              DAVID E. ALLRED
                              D. CRAIG ALLRED
                              Attorneys for Above-Named Defendant

OF COUNSEL:
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977
E-mail:      dallred@allredpclaw.com
             callred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of February, 2007 filed the foregoing *Motion for Summary Judgment* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

Jay Lewis, Esq.
Carol Gerard, Esq.
Gordon L. Blair, Esq.
James C. Pennington, Esq.

_____
OF COUNSEL

-2-