IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE McGAUGHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.2:06-cv-320-MEF |
| | ) | |
| KITCHENS EXPRESS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #47) filed on February 23, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on March 19, 2007.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before March 12, 2007. The defendant may file a reply brief on or before March 19, 2007.

***The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.***

DONE this the 26th day of February, 2007.

                                                     /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE