IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 2:06-cv-320-MEF-WC |
| | ) |
| OZARK DELIVERY OF ALABAMA, LLC | ) |
|     Defendant. | ) |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

**COMES NOW** Plaintiff Wayne McGaughy, by and through his attorney of record, to pray that the Court will grant him an extension within which to file his response to the defendant's motion for summary judgment and would show unto the Court as follows:

1. As per this Court's order (Doc. No. 48), the said response is due as of March 12, 2007.

2. Plaintiff's counsel had noticed two defense witnesses for deposition, to be taken on March 7, 2007. (Attachment A).

3. One witness lives out of state and counsel for the defendant, Craig Allred, indicated to counsel for the plaintiff that this witness would be unavailable on March 7, 2007. Mr. Allred stated that this witness would be available during the week of March 26, 2007; however, Plaintiff's counsel was otherwise committed that week. (Attachment B).

4. Plaintiff's counsel and the defendant's counsel have mutually agreed to take these depositions on April 4, 2007.

5. Plaintiff's counsel has contacted counsel for the defendant who has authorized Plaintiff to represent that his client has no objection to the granting of this motion so long as the defendant has until April 18, 2007, by which to file their reply to Plaintiff's response.

WHEREFORE, the premises considered, Plaintiff prays that the Court will grant him an enlargement of time up to and including April 11, 2007, within which to file his response to the defendant's motion and the defendant shall have until April 18, 2007, within which to file his reply to the plaintiff's response to summary judgment.

RESPECTFULLY SUBMITTED on this the ____12th____ day of March, 2007.

/s/ JAY LEWIS
Jay Lewis
LAW OFFICES OF JAY LEWIS, LLC.
P.O. Box 5059
Montgomery, AL 36103
334-263-7733 (Voice)
334-832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

## CERTIFICATE OF SERVICE

    I hereby certify that I have served the foregoing document on the following counsel or parties, by CM/ECF, by placing a copy of such in the United States mail, properly addressed and first class postage prepaid, or by hand delivery, on this the 12th day of March, 2007.

David Allred
Craig Allred
Attorneys for Defendant
Ozark Delivery of Alabama, LLC

/s/JAY LEWIS
Jay Lewis
LAW OFFICES OF JAY LEWIS, LLC.
P.O. Box 5059
Montgomery, AL 36103
Phone: (334) 263-7733
Fax: (334) 832-4390
J-lewis@jaylewislaw.com
ASB-2014-E66J
Counsel for Plaintiff