## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **WAYNE McGAUGHY,**<br>**Plaintiff,**<br><br>v.<br><br>**OZARK DELIVERY OF ALABAMA, LLC**<br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)     **Civil Action No. 2:06-cv-320-MEF**<br>)<br>) |

### <u>NOTICE OF DEPOSITION</u>

TO:    Hon. David E. Allred
        Hon. D. Craig Allred
        P.O. Box 241594
        Montgomery, AL 36124-1594

DEPONENTS:    **Kline Calvert**
                        **Chon Turner**

DATE:          **March 7, 2007, or as the parties may agree**

TIME:           **9:00 a.m.**

LOCATION:    **Law Offices of Jay Lewis, LLC**

      YOU ARE HEREBY NOTIFIED that, in accordance with the Federal Rules of Civil Procedure, the Plaintiffs will take your testimony by deposition upon oral examination for the purpose of discovery or for use as evidence in this case, or for both purposes.  Said depositions shall be taken before a Court Reporter, or before some office authorized by law to take depositions.

      RESPECTFULLY SUBMITTED on this the   \_\_22nd\_\_\_ day of February 2007.

                                  JAY LEWIS (LEW031)
                                  Attorney for Plaintiff

OF COUNSEL:

Law Offices of Jay Lewis, L.L.C.
Post Office Box 5059
Montgomery, Alabama 36103
(334) 263-7733



## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document on the following counsel or parties, by placing a copy of such in the United States mail, properly addressed and first class postage prepaid, or by hand delivery, on this the __22nd__ day of February ,2007.

Hon. David E. Allred
Hon. D. Craig Allred
P.O. Box 241594
Montgomery, AL 36124-1594

JAY LEWIS