# DAVID E. ALLRED, P.C.
*ATTORNEY & COUNSELOR AT LAW*
7030 FAIN PARK DRIVE, SUITE 9
MONTGOMERY, ALABAMA 36117
POST OFFICE BOX 241594
MONTGOMERY, ALABAMA 36124-1594

D. CRAIG ALLRED
*Associate*

TELEPHONE: (334) 396-9200
FACSIMILE: (334) 396-9977
E-MAIL: callred@allredpclaw.com

March 1, 2007

Jay Lewis, Esq.
847 S. McDonough Street
Montgomery, Alabama 36104

*By Facsimile* (334) 832-4390
*Confirmation by Mail*

Re:   **Wayne McGaughy v. Kitchens Airfreight, Inc. and Ozark Delivery of Alabama, LLC**
      U. S. District Court, Middle District, Northern Division
      Civil Action No. 2:06cv320-MEF

Dear Mr. Lewis:

I am in receipt of your Notice of Deposition setting the depositions of Chon Turner and Kline Calvert for March 7, 2007. This shall serve as notice that Mr. Calvert will not be available for deposition on that day. As I advised in my February 27, 2007 letter, Mr. Calvert has plans to be in Montgomery the week of March 26, 2007 and I asked you to provide a date during that week that is agreeable with you on which to depose him. Otherwise, Mr. Calvert's deposition will have to take place in Missouri, his place of residence.

While Ms. Turner will be made available as previously agreed upon, she will be made available at my office at the address listed on this letterhead.

Regards,
/s/CRAIG ALLRED
Via *Savin Lan Fax* from:
CRAIG ALLRED, *Associate*
Writer's E-Mail: callred@allredpclaw.com





# DAVID E. ALLRED, P.C.

7030 FAIN PARK DRIVE, SUITE 9
MONTGOMERY, ALABAMA 36117
POST OFFICE BOX 241594
MONTGOMERY, ALABAMA 36124-1594
TELEPHONE:   (334) 396-9200
FAX:   (334) 396-9977

## FACSIMILE TRANSMISSION SHEET

PLEASE DELIVER THE FOLLOWING MATERIAL AS SOON AS POSSIBLE:

TO:  JAY LEWIS, ESQ.

TELECOPY NO.:  (334) 832-4390

FROM:  CRAIG ALLRED

DATE:  3/1/07

NUMBER OF PAGES:  2

MESSAGE:

THIS FACSIMILE ☒ WILL OR ☐ WILL NOT FOLLOW VIA U. S. MAIL.

IF ALL PAGES ARE NOT RECEIVED, PLEASE CONTACT BECKY FLOWERS AT (334) 396-9200.

CONFIDENTIALITY NOTE:

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE. Thank you.