IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.2:06-cv-320-MEF |
| ) | |
| KITCHENS EXPRESS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Enlargement of Time (Doc. #49) filed on March 12, 2007, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. The plaintiff file a response which shall include a brief and any evidentiary materials on or before March 21, 2007. The defendant may file a reply brief on or before March 28, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 14th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE