# CHARGE OF DISCRIMINATION
## AMENDED

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | 130-2005-05674 |

_____ and EEOC
*State or local Agency, if any*

**NAME** (Indicate Mr., Ms, Mrs.)
Mr. Wayne McGaughy

**HOME TELEPHONE** (Include Area Code)
(334) 279-5954

**STREET ADDRESS**
1607 Meadow Oak Court,

**CITY, STATE AND ZIP CODE**
Montgomery, AL 36117

**DATE OF BIRTH**
09/07/45

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Ozark Express | Approx. 120 | (800)305-1954 |

**STREET ADDRESS**
1130 Emory Folmar Parkway,

**CITY, STATE AND ZIP CODE**
Montgomery, Alabama 36110

**COUNTY**
Montgomery

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box (es)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

**DATE OF DISCRIMINATION TOOK PLACE**
EARLIEST                                    LATEST
                                                      7/15/05

☐ CONTINUING ACTION

See Attached Addendum

RECEIVED EEOC
JUL 2 8 2005
BIRMINGHAM DISTRICT OFFICE

**EXHIBIT 1**

I want this charge filed with both the EEOC and the State or local Agency, it any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)
[signature] 7/19/07

I swear of affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty or perjury that the foregoing is true and correct

Date 7/21/05  [signature] Wayne McG
Charging Party (Signature)

SIGNATURE OF COMPLAINANT
[signature] Wayne McG

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year)  7/21/05

EOC FORM 5 (Rev. 07/99)

RECEIVED
JUL 2 8 2005
BY:_____

## ADDENDUM TO THE CHARGE OF DISCRIMINATION OF WAYNE McGAUGHY

My name is Wayne McGaughy. I am a Caucasian male born on September 7, 1945, and am presently 59 years of age. I was formerly employed as a driver by Fast Air of Dixie, an independent contractor to DHL express company. Fast Air of Dixie lost its contract with DHL, and I was laid off on or about July 1, 2005.

At all times, I was performing my job in accordance with the reasonable expectations of my employer.

The contract with DHL was taken over by two other companies, Kitchens Express and Ozark Express. The employees of Fast Air of Dixie were eligible for employment with the two new contractors.

On or about July 15, 2005, positions were available with Ozark Express. I was qualified and applied for employment with Ozark Express. My application was rejected while those of younger workers with less seniority, tenure and experience were accepted. Ozark Express also gave preference in hiring to African-American applicants. One or more of the successful applicants for positions for which I was qualified and applied were African-American with no better qualifications than mine. The decision maker in the employment action at issue was African-American..

I have been the victim of discrimination on the basis of my age, 59, in violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621, et seq. I have been the victim of discrimination on the basis of my race, Caucasian, in violation of Title VII of the Civil Rights Act of 1964, as amended.

_Wayne McGaughy_
Wayne McGaughy

SWORN TO and SUBSCRIBED before me this 21st day of July, 2005.

_Dana A English_
NOTARY PUBLIC, State at Large
My commission expires 9/19/07

RECEIVED EEOC
JUL 2005
BIRMINGHAM DISTRICT OFFICE