4-6-06

Mr. Leon Jones
Investigator, EEOC

Mr. Jones:

First, I wish to apologize for my lawyer's failure to answer the charge of August 26, 2005. All the information was sent to him promptly and he advised that he had answered the charges. Mr. McGaughy applied for a position with my company on 7-15-05 as the application shows. My company along with Kitchens Air Freight took over the operation in Montgomery, AL on 7-5-05. Fast Air of Dixie closed on 7-1-05 and the operation was split between the two companies of Ozark Delivery, LLC and Kitchens Air Freight, Inc. Mr. McGaughy use to run one of the areas that Kitchens took over when he worked for Fast Air of Dixie. After Mr. Kitchens failed to hire Mr. McGaughy, he then applied for a position with my company two weeks after the transition. We had all our routes filled and all necessary employees hired at the time Mr. McGaughy applied. At that time, there were no positions available and Mr. McGaughy was put in the application file.

As for the age and race part of the complaint, the attached list of employees clearly show that white and black applicants were hired along with varying ages and gender. We do have more black applicants than white and is normal for that area of operations. We do ask for the DOB of all applicants in order to verify the background checks we have to run for pre-employment verification and in no way use this to discriminate for any reason. All background checks require age, social security number and address. For TSA regulations, we must ask for past five year's employment history and verify employee history along with criminal background. We do pre-hire drug screening along with random screening throughout the year. This is all normal policy for companies with the possibility of theft, national security and driving records.

If you need further, please advise.

Regards,

Klein Calvert, President
Ozark Delivery, LLC

EXHIBIT 3

# Employee List
# Ozark Delivery, LLC

| NAME | DOB | RACE/GENDER | |
|---|---|---|---|
| Arthur Scott | 10-8-57 | Black Male | 48 |
| Chonquinta Turner | 8-24-76 | Black Female | 29 |
| Jarvis Hall | 1-29-79 | Black Male | 26 |
| Douglas Crawford | 5-9-53 | Black Male | 52 |
| Patrick Miller | 9-10-74 | White Male | |
| LaSayn Collins | 10-10-80 | Black Male | |
| Patricia Bergans | 11-4-60 | White Female | |
| Jaqueline Hampton | 7-9-69 | Black Female | |
| Diane Bergan | 6-19-45 | White Female | 60 |
| Daniel Ross | 6-20-77 | White Male | |
| Felita Smith | 3-28-72 | Black Female | |
| Patricia Armstrong | 5-30-42 | Black Female | 63 |
| Charlie Thornton | 2-7-56 | White Male | |
| Twana Drayton | 8-27-76 | Black Female | |
| Sharon Roy | 1-8-59 | White Female | |
| Toyia Truitt | 1-15-74 | Black Female | |
| Kenny Heaton | 12-24-54 | White Male | |
| Charles Johnson | 2-17-39 | Black Male | |
| Jamie Cumbie | 2-24-78 | White Male | |
| Tony Brown | 12-26-70 | Black Male | |
| Gary Barnes | 9-3-79 | Black Male | |