5-1-06

Jay Lewis
Box 5059
Montgomery, AL  36103

Mr. Lewis:

Enclosed are the answers to your claims served on 4-14-06 to the DHL office in Montgomery, AL.  I believe it is very clear that Mr. McGaughy applied after the transitions and then filed an EEOC charge six (6) days later.

If you need further, please advise.

Regards,

Klein Calvert, Pres
Ozark Delivery of Alabama, LLC





# Ozark Delivery of Alabama, LLC
# Box 26781
# Overland Park, KS 66225

## 4-27-06

In response to your charges 4-12-06 filed in District court, I will respond to each count in the following order.

**Count one:** Plaintiff was not subject to adverse action as he applied for employment two weeks after the Ozark transition. All positions were filled at the time and no jobs were available.

**Count two:** Plaintiff was not subject to adverse action as he applied for employment two weeks after the Ozark transition. All positions were filled at the time and no jobs were available.

**Count three:** Plaintiff was not subject to adverse action as he applied for employment two weeks after the Ozark transition. All positions were filled at the time and no jobs were available. Two people hired prior to this time were older than the plaintiff and equal amount of African-American and Caucasian were hired. Demographics of Montgomery show 48% Black, 48% White and 1% Asian with remaining of mixed origin. We hired within the Demographics with higher percentage of applicants shown to be African-American.

As for the Parties involved, Ozark Express does not exist to my knowledge. Mr. MrGaughy asked for and received an application and business card clearly showing Ozark Delivery, LLC. Ozark Delivery of Alabama, LLC is a limited liability company operating within the laws and borders of the State of Alabama.

All employment from June 22nd until August 4th was done by white managers over the age of 50 years from other Ozark locations helping with the transition. No African-American was the decision maker for Ozark until after the transition completion date of August 4th.