```
DATE: 02-(        OZARK DELIVERY, LLC    PAGE: 1
TIME: 16:14:49    EEO-1 HEADCOUNT DETAIL REPORT

ALL EMPLOYEES AS OF 02-01-2007
                                         START
EMPLOYE EMP#    DEPARTM JOB CLAS DATE
=================== ====== ================== ==================== =======
Class: FIRST/MID LE\ Gender: M Race:*not on file*

GHOLSTON, MARQU MGM-MON DRIVERS   7/13/2005

Count: 1


Class: OPERATIVE -  Gender: M Race:*not on file*

JACKSON, PHILLIP  MGM-MON DRIVERS   9/1/2005

Count: 1


Class: FIRST/MID LE\ Gender: Fe Race:BLACK

ARMSTRONG, PATRI MGM-MON DRIVERS   8/17/2005
HAMPTON, JACQUEL MGM-MON DRIVERS   8/17/2005
DRAYTON, TWANA   MGM-MON DRIVERS   6/15/2005
HARRIS, ALISHA   MGM-MON DRIVERS   8/17/2005
SMITH, FELITA    MGM-MON DRIVERS   8/17/2005
BROWN, WALOKA    MGM-MON DRIVERS   #######
TURNER, CHONQUIN MGM-MON SUPERVIS  7/5/2005

Count: 7


Class: FIRST/MID LE\ Gender: M Race:BLACK

SMITH, DARRYL       MGM-MON DRIVERS   8/17/2005
STEELE, STANLEY     MGM-MON DRIVERS   8/12/2005
RINGSTAFF, ANDRE    MGM-MON DRIVERS   4/20/2006
PIERCE, TOM         MGM-MON DRIVERS   9/30/2005
COLLINS, LASAYN     MGM-MON DRIVERS   8/17/2005
COOKS, BENNIE       MGM-MON DRIVERS   2/21/2006
CRAWFORD, DOUGL     MGM-MON DRIVERS   8/17/2005
SCOTT, ARTHUR       MGM-MON MANAGER   7/1/2005
HAMPTON, JERMAIN    MGM-MON DRIVERS   8/17/2005
HALL, JARVIS        MGM-MON DRIVERS   7/2/2005
FITTS, TOMMY        MGM-MON DRIVERS   3/21/2006
ROBY, RONNIE        MGM-MON DRIVERS   9/30/2005
DAVIS, RODRIQIGOL   MGM-MON DRIVERS   8/17/2005
GRAY, EDWARD        MGM-MON DRIVERS   6/27/2006

Count: 14
```



EXHIBIT 7

Class: OPERATIVE - Gender: Fe Race:BLACK

| Name | Location | Job | Date |
|---|---|---|---|
| SMITH, JANICE | MGM-MON | DRIVERS | 8/28/2006 |
| BRENSON, LACHAND | MGM-MON | DRIVERS | 8/21/2006 |
| FORMER, VERNETT/ | MGM-MON | DRIVERS | 3/15/2006 |
| TRUITT, TOYIA | MGM-MON | DISPATCH | 7/18/2005 |
| SPELL, TARA | MGM-MON | DRIVERS | 4/6/2006 |

Count: 5

Class: OPERATIVE - Gender: M Race:BLACK

| Name | Location | Job | Date |
|---|---|---|---|
| MATHEWS, JOHN | MGM-MON | DRIVERS | ####### |
| JOHNSON, CHARLES | MGM-MON | DOCK WO | 7/15/2005 |
| HAMPTON, LEFREDF | MGM-MON | DRIVERS | 7/17/2006 |
| SPAGNER, KELVIN | MGM-MON | DRIVERS | 8/8/2005 |
| SMART III, WILLIE | MGM-MON | DRIVERS | 8/18/2006 |
| STILL, EDWARD | MGM-MON | DRIVERS | 3/27/2006 |
| SMITH, COREY | MGM-MON | DRIVERS | 6/26/2006 |
| ROBINSON, FRANK | MGM-MON | DRIVERS | 5/22/2006 |
| MAHONE, ROGER | MGM-MON | DRIVERS | 7/18/2006 |
| PROVITT, TORRENC | MGM-MON | DOCK WO | 8/23/2005 |
| BARNES JR, GARY | MGM-MON | DISPATCH | 7/21/2005 |
| SMITH, GREGORY | MGM-MON | DRIVERS | 5/22/2006 |
| JENKINS, ERIC | MGM-MON | DRIVERS | 9/26/2006 |
| WILLIAMS III, FRANK | MGM-MON | DRIVERS | 9/5/2006 |
| THOMAS, TERRENCE | MGM-MON | DOCK WO | 8/23/2005 |
| BROWN, TONY | MGM-MON | DOCK WO | 7/21/2006 |
| ALLOWAY, COURTNI | MGM-MON | DRIVERS | 8/9/2006 |

Count: 17

Class: FIRST/MID LE\ Gender: Fe Race:CAUCASIAN

| Name | Location | Job | Date |
|---|---|---|---|
| BURGANS, PATRICIA | MGM-MON | DRIVERS | 7/5/2005 |
| ROY, SHARON | MGM-MON | DRIVERS | 6/25/2005 |
| BERGAN, PATRICIA | MGM-MON | DRIVERS | 8/15/2005 |

Count: 3

Class: FIRST/MID LE\ Gender: M Race:CAUCASIAN

| Name | Location | Job | Date |
|---|---|---|---|
| MILLER, PATRICK | MGM-MON | DRIVERS | 8/17/2005 |
| ROSS, DANIEL | MGM-MON | DRIVERS | 8/17/2005 |
| HEATON, KENNETH | MGM-MON | DRIVERS | 8/26/2005 |
| DIXON, JAMES | MGM-MON | DRIVERS | 8/11/2005 |
| MCGAUGHY, DUDLE | MGM-MON | DRIVERS | 6/21/2006 |

CUMBIE, JAMMIE     MGM-MON DRIVERS : 9/27/2005
HOLCOMBE, ZACHAI MGM-MON DRIVERS :  9/6/2005

Count: 7

---

Class: FIRST/MID LE\ Gender: Fe Race:HISPANIC

JORDAN, LESLIE     MGM-MON DRIVERS : 6/12/2006

Count: 1

---

Class: FIRST/MID LE\ Gender: M: Race:ASIAN OR PACIFIC ISLANDER

XAYADETH, PHETSA MGM-MON DRIVERS : 8/31/2005

Count: 1

---

Class: FIRST/MID LE\ Gender: Fe Race:UNKNOWN

WILSON, LANER     MGM-MON DRIVERS : #######

Count: 1

---

Class: OPERATIVE - : Gender: Fe Race:UNKNOWN

MOORER, CYNTHIA   MGM-MON DRIVERS  #######

Count: 1

---

Class: OPERATIVE - : Gender: M: Race:UNKNOWN

HUMPHREY, JAMES MGM-MON DRIVERS  6/12/2006

Count: 1

---