IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>KITCHENS AIRFREIGHT, INC., and )<br>OZARK DELIVERY OF ALABAMA, LLC )<br>   Defendants. ) | Civil Action No. 2:06-cv-320-MEF |

## AFFIDAVIT OF GEORGE YARBROUGH

BEFORE ME, the undersigned authority, personally appeared George Yarbrough who is known to me and who, being first duly sworn upon his oath, did depose and say as follows:

"My name is George Yarbrough. I have personal knowledge of the facts asserted.

"I am, and during all of 2005 and 2006 was, employed by International Brotherhood of Teamsters Local Union 612, which represented employees of Fast Air of Dixie, a local Montgomery-area delivery contractor for DHL, and its successor, Ozark Delivery of Alabama, LLC. I was personally involved in the settlement of a charge of unfair labor practices filed under the National Labor Relations Act with the National Labor Relations Board against Ozark Delivery.

"During negotiations leading to the settlement of that case, I was present during a meeting in July, 2006, with Wayne McGaughy and Klein Calvert. This meeting concerned contract negotiations and no other litigation. There was some discussion at that meeting about whether the settlement agreement would resolve Mr. McGaughy's civil lawsuit. There was no agreement on Mr. McGaughy's part to settle the lawsuit. I recall his telling Mr. Calvert that he or his lawyer should contact Mr. McGaughy's lawyer if he wished to negotiate a settlement

-1-


EXHIBIT 9


RECEIVED MAR 15 2007

*[signature: George Yarbrough]*
GEORGE YARBROUGH, Affiant

SWORN TO and SUBSCRIBED before me this \_\_14\_\_ day of March, 2007.

*[signature: Jane F. Kirk]*
NOTARY PUBLIC, Alabama at Large

My commission expires _____

> JANE F. KIRK
> Notary Public – Alabama
> State at Large
> My Comm. Expires May 21, 2008