IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, <br> Plaintiff, | ) <br> ) <br> ) |
| v. | )     Civil Action No. 2:06-cv-320-MEF <br> ) |
| KITCHENS AIRFREIGHT, INC., and <br> OZARK DELIVERY OF ALABAMA, LLC <br> Defendants. | ) <br> ) <br> ) <br> ) |

### SUPPLEMENTAL AFFIDAVIT OF GEORGE YARBROUGH

BEFORE ME, the undersigned authority, personally appeared George Yarbrough who is known to me and who, being first duly sworn upon his oath, did depose and say as follows:

"My name is George Yarbrough. I have personal knowledge of the facts asserted.

"I have been informed of statements that Klein Calvert made in his deposition to the effect I assured Calvert during a meeting with him in June, 2006, that Wayne McGaughy would drop his lawsuit and settle an NLRB case if Ozark Delivery would hire him.

"I have also been informed that Calvert stated that during a contract negotiation meeting after McGaughy was hired, I represented that his lawsuit would be (or had been) dropped.

"Neither of these statements is true. I did have a meeting with Calvert in June, 2006. He expressed concern about hiring McGaughy because of the pending lawsuit. I told him that if McGaughy were hired and that if we were to be able to successfully negotiate a contract, he might possibly drop his lawsuit, but that it would be McGaughy's decision and that I could not speak for him.

"During the subsequent meeting, I made no statement at all about the lawsuit.

"At no time did I ever represent to Calvert that I had any control over McGaughy's suit

-1-

against Ozark Delivery, nor did I ever state to Calvert that either McGaughy's rehiring or the settlement of the NLRB matter would resolve the lawsuit."

*[signature]*
GEORGE YARBROUGH, Affiant

SWORN TO and SUBSCRIBED before me this 21 day of March, 2007.

*[signature]*
NOTARY PUBLIC, Alabama at Large

My commission expires 5/21/08

JANE F. KIRK
Notary Public – Alabama
State at Large
My Comm. Expires May __, 2008