IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>KITCHENS AIRFREIGHT, INC., and )<br>OZARK DELIVERY OF ALABAMA, LLC, )<br>    Defendants. ) | Civil Action No. 2:06cv320-MEF |

**MOTION TO STRIKE SUPPLEMENTAL AFFIDAVIT OF KLEIN CALVERT AND
PORTION OF BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff Wayne McGaughy against defendant Ozark Express and would move to strike the supplemental affidavit of Klein Calvert and that portion of the defendant's brief on p. 11 having to do with Plaintiff's termination, and as grounds would show as follows:

1. The facts surrounding Plaintiff's termination are hotly disputed.

2. As the defendant's counsel appropriately concedes, "the evidence set forth in the supplement to the Calvert affidavit pertains to occurrences that took place after the relevant time period. That "evidence" and the alleged occurrences are simply irrelevant to the issues in this case.

3. The inclusion of information regarding this matter is a blatant attempt to prejudice the Court against Plaintiff without adding any admissible evidence.

4. The excuse that the additional information serves to "validate" the initial decision to reject Plaintiff's application is specious at best. No later conduct – real or imagined – by a plaintiff can "validate" an earlier employment action.

5. If specific reasoning did not motivate an employer at the time of the decision in question,

it cannot serve as the basis for that decision. *Burrell v. Board of Trustees of Georgia Military College*, 125 F.3d 1390, 1395 (11th Cir. 1997)

WHEREFORE, the premises considered, Plaintiff prays that the Court will strike the Supplemental Affidavit of Klein Calvert and that portion of the defendant's brief on p. 11, beginning with "The decision not to hire McGaughy..." and ending with "...continued to the present time."

RESPECTFULLY SUBMITTED on this the 21st day of March, 2007.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

## CERTIFICATE OF SERVICE

  I hereby certify that on the __21st__ day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

David Allred
Craig Allred
Attorneys for Defendant Ozark Delivery of Alabama, LLC.

            /s/ JAY LEWIS
            Jay Lewis
            Law Offices of Jay Lewis, LLC
            P.O. Box 5059
            Montgomery, AL 36103
            (334) 263-7733 (Voice)
            (334) 832-4390 (Fax)
            J-Lewis@JayLewisLaw.com
            ASB-2014-E66J