IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>OZARK DELIVERY OF ALABAMA, LLC )<br>    Defendant. ) | Civil Action No. 2:06-cv-320-MEF |

## MOTION TO SHORTEN TIME

**COMES NOW** Plaintiff Wayne McGaughy, by and through his attorney of record, and prays that the Court will shorten the time within which the defendant must respond to the attached Request for Production of Documents to seven days, and in support of which would show the Court as follows:

1. Discovery in this case is scheduled to close on April 12, 2007.

2. Now that the parties have exchanged initial disclosures, Plaintiff has been notified that Arthur Scott, a current or former employee of defendant Ozark, will testify in this case.

3. Plaintiff reasonably believes that the discovery of Scott's personnel file will lead to the discovery of relevant and admissible evidence.

4. The defendant has indicated that it opposes this request.

5. Plaintiff has noticed the deposition of Scott for April 4, 2007, at which time both parties will take various depositions of witnesses.

6. Plaintiff requires Scott's personnel file before deposing him in order to properly prepare for the said deposition.

7. This request to shorten time will work no hardship on the defendant as the file is readily

available.

WHEREFORE, the premises considered, Plaintiff respectfully prays that the Court will order the defendant to produce the requested documents and things within seven days of the date of this request.

RESPECTFULLY SUBMITTED on this the 26th day of March, 2007.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

## CERTIFICATE OF SERVICE

I hereby certify that on the __26[th]__ day of January 2007, I served the foregoing on the following parties or attorneys by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed:

David Allred
P.O. Box 241594
Montgomery, AL 36124-1594

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J