IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY,          ) | |
|     Plaintiff,                       ) | |
|                                             ) | |
|     v.                                    ) | Civil Action No. 2:06-cv-320-MEF |
|                                             ) | |
| OZARK DELIVERY OF ALABAMA, LLC  ) | |
|     Defendant.                   ) | |

## REQUEST FOR PRODUCTION OF DOCUMENTS

**COMES NOW** Plaintiff Wayne McGaughy, by and through his attorney of record, and requests that the defendant produce the following documents and things to Law Offices of Jay Lewis, P.O. Box 5059, Montgomery, AL 36103 within SEVEN days of service of this request.

1. Arthur Scott's entire personnel file, to include without limitation all documents and things received from Scott's former employer, Fast Air of Dixie, and all documents and things related to Scott's termination from employment with Ozark Delivery of Alabama, LLC.

2. To the extent that they are not contained in your response to the foregoing request, all documents reflecting any warnings, reprimands, suspensions, and all other disciplinary actions taken against or threatened against Scott.

3. All documents and things containing the accurate dates of hire, start dates, and dates of termination for all persons listed on Ozark's EEO-1 Headcount Detail Report made an exhibit to the deposition of Klein Calvert, and for which Calvert promised to provide a correction.

RESPECTFULLY SUBMITTED on this the 26th day of March, 2007.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

## CERTIFICATE OF SERVICE

I hereby certify that on the __26th__ day of January 2007, I served the foregoing on the following parties or attorneys by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed:

David Allred
P.O. Box 241594
Montgomery, AL 36124-1594

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J