IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV320-MEF |
| | ) |
| OZARK DELIVERY OF ALABAMA, LLC | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

# ORDER

On March 26, 2007, Plaintiff filed a Motion to Shorten Time (Doc. #54-1) within which Defendant must respond to Plaintiff's Request for Production of Documents to seven days. Accordingly, it is

ORDERED that on or before March 28, 2007, Defendant shall file a response to the motion, together with a brief in opposition, if applicable. Thereafter, the motion shall be deemed submitted, and the Court will not consider any further pleadings filed by the parties. The Clerk of Court is

DIRECTED to forward copies of this order to counsel of record via facsimile.

DONE this 26th day of March, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE