IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE McGAUGHY, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv320-MEF |
| | ) | |
| KITCHENS AIRFREIGHT, INC.; and | ) | |
| OZARK DELIVERY OF ALABAMA, LLC, | ) | |
| | ) | |
| *Defendants.* | ) | |

## RESPONSE TO PLAINTIFF'S
## MOTION TO STRIKE SUPPLEMENTAL
## AFFIDAVIT OF KLEIN CALVERT AND PORTION OF BRIEF
## IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

NOW COMES **OZARK DELIVERY OF ALABAMA, L.L.C.**, the defendant herein, and submits the following in response to the plaintiff's above-captioned motion to strike:

1.      Ozark submits that McGaughy's termination in February of 2007 for falsifying a delivery manifest, indeed, confirms Ozark's decision not to hire McGaughy in July of 2005.  Thus, this evidence is highly relevant to the issues at hand and probative of McGaughy's reputation as a bad employee.

2.      McGaughy contends that "the facts surrounding plaintiff's termination are hotly disputed", yet offers no facts to dispute the reason for McGaughy's termination. Thus, in the absence of facts to dispute Ozark's reason for McGaughy's termination, McGaughy's contention that the facts in this regard are "hotly disputed" is a hollow one.

WHEREFORE, THE PREMISES CONSIDERED, Ozark moves this Honorable Court to deny

plaintiff's motion to strike the supplemental affidavit of Klein Calvert and portion of brief

in support of motion for summary judgment.

Respectfully submitted,

DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Above-Named Defendant

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:    (334) 396-9200
Facsimile:    (334) 396-9977
E-mail:       dallred@allredpclaw.com
              callred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 28th day of March, 2007 filed the foregoing *Response to Plaintiff's Motion to Strike Supplemental Affidavit of Klein Calvert and Portion of Brief in Support of Motion for Summary Judgment* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

> Jay Lewis, Esq.
> Carol Gerard, Esq.

_____
OF COUNSEL