IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv320-MEF |
| | ) |
| OZARK DELIVERY OF ALABAMA, LLC, | ) |
| | ) |
| *Defendant.* | ) |

### FIRST AMENDED ANSWER

NOW COMES OZARK DELIVERY OF ALABAMA, LLC, the defendant herein, and amends its answer as follows:

70.   This defendant adopts and incorporates by reference as though fully set out herein its "Answer to First Amended Complaint".

### AFFIRMATIVE DEFENSES

### ELEVENTH DEFENSE

This defendant pleads a credit and set-off in the amount of the *pro tanto* compromise settlement between the plaintiff and Co-Defendant Kitchens Express.  (Docs. 41, 42)

Respectfully submitted,

_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Above-Named Defendant

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977
E-mail:      dallred@allredpclaw.com
             callred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of April, 2007 filed the foregoing *First Amended Answer* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

    Jay Lewis, Esq.
    Carol Gerard, Esq.

_____
OF COUNSEL