IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv320-MEF |
| | ) |
| OZARK DELIVERY OF ALABAMA, LLC, | ) |
| | ) |
| *Defendant.* | ) |

## MOTION TO COMPEL

NOW COMES OZARK DELIVERY OF ALABAMA, LLC, and moves this Court to compel answers to its discovery requests and, for reason, states as follows:

1. On February 19, 2007, Defendant Ozark served upon the plaintiff requests for production, one of which sought to discover "All settlement documents, releases, and copies of settlement checks by or between Wayne McGaughy and Kitchens Express and/or any other agent, representative, or servant of:

   (a)  Kitchens Express;

   (b)  Ozark Delivery;

   (c)  The NLRB; and

   (d)  Any other person or entity regarding the matters set forth in the plaintiff's complaint.

*Exhibit A, Ozark's Request for Production,* Number 3(a)-(d).

2. Ozark received no response to its request until April 4, 2007. As to Request Number 3(a), plaintiff failed to provide the requested documents, stating that they are "confidential". (*Exhibit B, Plaintiff's Response to Ozark's Request for Production*, Number 3(a))

3. By its April 4, 2007 letter, Ozark gave notice to the plaintiff that its response to number 3(a) was deficient and asked that that response be supplemented, but plaintiff has declined to do so. (*Exhibit C, April 4, 2007 Letter*)

4. This information is discoverable by Ozark, as it is entitled to apply a set-off and plead a credit for the amount of the settlement between the plaintiff and Kitchens Airfreight.

WHEREFORE, THE PREMISES CONSIDERED, Ozark moves this Court to enter an order compelling plaintiff to provide all settlement documents, releases, and copies of settlement checks by or between Wayne McGaughy and Kitchens Airfreight.

Respectfully submitted,

_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Above-Named Defendant

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977
E-mail:      dallred@allredpclaw.com
             callred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 5th day of April, 2007 filed the foregoing *Motion to Compel* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

    Jay Lewis, Esq.
    Carol Gerard, Esq.

_____
OF COUNSEL