IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, | ) |
| *Plaintiff,* | ) ) ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv320-MEF |
| KITCHENS AIRFREIGHT, INC.; and OZARK DELIVERY OF ALABAMA, LLC, | ) ) ) ) |
| *Defendants.* | ) ) |

## REQUEST FOR PRODUCTION TO PLAINTIFF

NOW COMES OZARK DELIVERY OF ALABAMA, LLC, defendant herein, and requests that the plaintiff produce the following documents and things at the offices of David E. Allred, P.C., 7030 Fain Park Drive, Suite 9, Montgomery, Alabama, within the time prescribed by law:

1. All statements of the defendant or any agent, servant, or representative thereof.

2. Any and all documentary evidence upon which the plaintiff intends to rely to prove any allegation in the complaint.

3. All settlement documents, releases, and copies of settlement checks by or between Wayne McGaughy and Kitchens Express and/or any other agent, representative, or servant of:

    (a) Kitchens Express;


EXHIBIT A

  (b)  Ozark Delivery;

  (c)  The NLRB; and

  (d)  Any other person or entity regarding the matters set forth in the plaintiff's complaint.

4.  A true copy of the plaintiff's federal and state income tax returns for the tax years 2004, 2005, and 2006.



_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Above-Named Defendant

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone: (334) 396-9200
Facsimile: (334) 396-9977
E-mail: dallred@allredpclaw.com
    callred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 19th day of February, 2007 served the foregoing *Request for Production to Plaintiff* upon the following counsel of record in this cause by placing a copy of same in the United States Mail, first-class postage prepaid, on this the 19th day of February, 2007:

>Jay Lewis, Esq.
>Carol Gerard, Esq.
>THE LAW OFFICE OF JAY LEWIS, LLC
>Post Office Box 5059
>Montgomery, Alabama 36103-5059

COPY

_____
OF COUNSEL