IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY )<br>    Plaintiff, )<br>  )<br>      v.   )<br>  )<br>KITCHENS EXPRESS and )<br>OZARK EXPRESS )<br>    Defendants. ) | Civil Action No. 2:06cv00320-MEF |

### PLAINTIFF'S ANSWERS TO REQUEST FOR PRODUCTION

COMES NOW Plaintiff Wayne McGaughy pursuant to Federal Rules of Civil Procedure and in answer to Request for Production of Ozark Delivery of Alabama, LLC states as follows:

1.  All statements of the defendant or any agent, servant, or representative thereof.

**Response:**   None.

2.  Any and all documentary evidence upon which the plaintiff intends to rely to prove any allegation on the complaint.

**Response:**   Will be provided in accordance with the Federal Rules of Civil Procedure.

3.  All settlement documents, releases, and copies of settlement checks by or between Wayne McGaughy and Kitchens Express and/or any other agent, representative, or servant of:

    (A)   Kitchens Express;

    (B)   Ozark Delivery;

    (C)   The NLRB; and

    (D)   Any other person or entity regarding the matters set forth in the plaintiff's complaint.



EXHIBIT B

Response:   (A)   Confidential;

          (B)   None;

          (C)   In possession of Defendant; and

          (D)   None.

RESPECTFULLY SUBMITTED on this the ___ day of April, 2007.

/s/ JAY LEWIS (LEW031)

OF COUNSEL:

Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)

Certificate of Service

I hereby certify that a true and exact copy of the foregoing has been served on counsel of record listed below by hand delivery on this the ___ day of April, 2007.

David Allred
Craig Allred
P.O. Box 241594
Montgomery, AL 36124-1594

/s/ OF COUNSEL

-2-