# DAVID E. ALLRED, P.C.
*ATTORNEY & COUNSELOR AT LAW*

7030 FAIN PARK DRIVE, SUITE 9
MONTGOMERY, ALABAMA 36117
POST OFFICE BOX 241594
MONTGOMERY, ALABAMA 36124-1594

TELEPHONE: (334) 396-9200
FACSIMILE: (334) 396-9977

**D. CRAIG ALLRED**
*Associate*

E-MAIL:   callred@allredpclaw.com

April 4, 2007

*By Facsimile* (334) 832-4390

Jay Lewis, Esq.
847 S. McDonough Street
Montgomery, Alabama 36104

Re:   <u>Wayne McGaughy v. Kitchens Airfreight, Inc. and Ozark Delivery of Alabama, LLC</u>
U. S. District Court, Middle District, Northern Division
Civil Action No. 2:06cv320-MEF

Dear Mr. Lewis:

This shall serve to request that you please supplement your response to defendant's Request for Production Number 3(a), as this information is discoverable. As the discovery deadline is fast approaching, please let me receive your supplemental response by Friday, April 6th or I will have to file a motion to compel.

Yours truly,

D. Craig Allred

DCA/bgf

EXHIBIT C