IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06CV320-MEF |
| | ) |
| OZARK DELIVERY OF ALABAMA, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

# ORDER

On April 5, 2007, Defendant filed a Motion to Compel Plaintiff's response to Defendant's Request for Production (Doc. #61). Accordingly, it is

ORDERED that on or before April 19, 2007, Plaintiff shall file a response to the motion, together with a brief in opposition, if applicable. Thereafter, the motion shall be deemed submitted, and the Court will not consider any further pleadings filed by the parties.

DONE this 6th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE