IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, )<br>   Plaintiff, )<br> )<br>   v. )<br> )<br>KITCHENS AIRFREIGHT, INC., and )<br>OZARK DELIVERY OF ALABAMA, LLC, )<br>   Defendants. ) | Civil Action No. 2:06cv320-MEF |

## NOTICE OF CONFLICT

**COMES NOW** Plaintiff Wayne McGaughy ("Plaintiff"), by and through his attorney of record, and serves notice on the Court and all parties of his counsel's possible scheduling conflict.

This case is set down for a pretrial conference at 11:00 a.m. on April 19, 2007.

The undersigned counsel is presently scheduled to appear before Judge Thompson on April 19, 2007, at 10:00 a.m. for the sentencing of a client in the case of *United States of America v. Horacio Jaimes-Albiter*, 2:06-cr-291. Counsel does not expect this hearing to be a lengthy one, but fears that it could extend past the time set for commencement of the pretrial conference in this case.

In addition to this case, counsel has two other pretrial conferences set on the same day in this Court – at 10:30 a.m. (*Butler v. Alabama Department of Transportation*, 2:06-cv-278), , and at 1:30 p.m. (*Hall v. Crane*, 2:06-cv-588). Notice of this potential conflict has been filed in each of those cases.

Counsel is also serving notice of this potential conflict on the Court and parties in the

1

criminal case.

WHEREFORE, the premises considered, Defendant prays that the Court will adjust the scheduled pretrial conferences or will otherwise coordinate with Judge Thompson to avoid counsel's conflict.

RESPECTFULLY SUBMITTED this __12th__ day of April, 2007.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

### CERTIFICATE OF SERVICE

I hereby certify that on the __12th__ day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

David Allred
Craig Allred
Attorneys for Defendant Ozark Delivery of Alabama, LLC.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J