IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, | ) |
| *Plaintiff,* | ) |
| v. | ) CIVIL ACTION NO. 2:06cv320-MEF |
| OZARK DELIVERY OF ALABAMA, LLC, | ) |
| *Defendant.* | ) |

## NOTICE OF CONFLICT

NOW COMES counsel for Defendant **OZARK DELIVERY OF ALABAMA, LLC** and serves this Notice of Conflict on the Court regarding the June 4, 2007 trial setting of this matter. The undersigned counsel are also scheduled to try the case of *Georgia Southwestern Railroad, Inc. v. Americus C. Mitchell, Jr.*, United States District Court for the Middle District of Alabama, Northern Division, Civil Action No. 2:06-cv-3-B, before the Honorable Mark E. Fuller at the same date and time. Judge Moorer was advised of this conflict during the April 5, 2007 pre-trial hearing in the *Mitchell* case and this notice is seeking clarification as to which matter will be tried on that date.

Respectfully submitted,

_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Above-Named Defendant

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:  (334) 396-9977
E-mail:  dallred@allredpclaw.com
         callred@allredpclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 18th day of April, 2007 filed the foregoing *Notice of Conflict* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

>   Jay Lewis, Esq.
>   Carol Gerard, Esq.
>   847 S. McDonough Street
>   Montgomery, Alabama 36104

_____
OF COUNSEL