IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE McGAUGHY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06-cv-320-MEF |
| | ) | |
| OZARK DELIVERY OF ALABAMA, LLC | ) | |
| Defendant. | ) | |

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE TO MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Plaintiff Wayne McGaughy ("Plaintiff"), by and through his attorney of record, and would show the Court as follows:

In his brief in opposition to the defendant's motion for summary judgment, Plaintiff noted that the deposition of Klein Calvert – the owner of the defendant – had been delayed because of Calvert's sea voyage. Plaintiff indicated in that brief that he would seek leave to supplement his brief by adding citations to Calvert's deposition when the transcript was received.

The Kansas court reporter has now submitted the transcript, and portions of it will be extremely relevant to Plaintiff's claims and the defendant's defenses.

Wherefore, Plaintiff prays that the Court will grant him leave to submit the attached supplemental response.

RESPECTFULLY SUBMITTED on this the 19th day of April, 2007.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103

-1-

        (334) 263-7733 (Voice)
        (334) 832-4390 (Fax)
        J-Lewis@JayLewisLaw.com
        ASB-2014-E66J

**CERTIFICATE OF SERVICE**

      I hereby certify that on the __19th__ day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

David Allred
Craig Allred
Attorneys for Defendant

                                                 /s/ JAY LEWIS
                                                 Jay Lewis, ASB-2014-E66J
                                                 Law Offices of Jay Lewis, LLC
                                                 P.O. Box 5059
                                                 Montgomery, AL 36103
                                                 (334) 263-7733 (Voice)
                                                 (334) 832-4390 (Fax)
                                                 J-Lewis@JayLewisLaw.com