IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WAYNE McGAUGHY,      )
             )
   Plaintiff,      )
             )
v.            ) CIVIL ACTION NO. 2:06CV320-MEF
             )
OZARK DELIVERY OF     )
ALABAMA, LLC       )
             )
   Defendant.     )
             )

# ORDER ON MOTION

On April 5, 2007, Defendant filed a Motion to Compel Answers to its discovery requests (Doc. #61). In particular, Defendant seeks to discover all settlement agreements, releases, and copies of settlement checks by or between Plaintiff and Kitchens Express. Doc. #61 at 1-2. Defendant claims that the information is discoverable because "it is entitled to apply a set-off and plead a credit for the amount of the settlement." Id. at 2. Plaintiff opposes the motion, arguing that the lawsuit against Kitchens Express is a separate lawsuit from the instant action, and therefore, the requested information is irrelevant. Doc. #66.

Upon consideration of the motion, the Court agrees with Plaintiff. The undersigned finds Defendant's blanket statement that "it is entitled to apply a set-off and plead a credit for the amount of the settlement" fails to show that it is joint and severally liable with Kitchens Express. Id. at 2. In other words, Defendant has not shown in its

motion or the pleadings in this case how the two companies are not independent or

separate entities.  It is therefore

ORDERED that Defendant's motion (Doc. #61) is DENIED without prejudice.

DONE this 23rd day of April, 2007.

_____  /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE