IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE McGAUGHY, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv320-MEF |
| | ) | |
| KITCHENS AIRFREIGHT, INC.; and | ) | |
| OZARK DELIVERY OF ALABAMA, LLC, | ) | |
| | ) | |
| *Defendants.* | ) | |

## DEFENDANT OZARK'S WITNESS LIST

NOW COMES Defendant OZARK DELIVERY OF ALABAMA, L.L.C. and submits the following list of witnesses that it will call at the trial of this matter:

1. Klein Calvert
   OZARK DELIVERY OF ALABAMA, LLC
   225 W. Riverbluff Drive
   Ozark, Missouri 65721

2. Chon Turner
   OZARK DELIVERY, LLC
   1130 Emory Folmar Boulevard
   Montgomery, Alabama 36110

3. Arthur Scott
   3014 Renee Drive
   Montgomery, Alabama 36116

4. John H. Kitchens
   KITCHENS AIR FREIGHT
   Contact information known to plaintiff

5. Scott McDade
   VELOCITY EXPRESS, INC.
   21A Westside Drive
   Asheville, North Carolina   28806

6. Glenys Dukes
   FUTURE WIRELESS
   2414 Kimble Road
   Suite 1
   Selma, Alabama   36701

7. Phetsomone Xayadeth
   OZARK DELIVERY
   1130 Emory Folmar Boulevard
   Montgomery, Alabama   36110

This defendant further states that it may call the following witnesses should it become necessary:

1. Rod Dubose
   KITCHENS AIR FREIGHT
   Contact information known to plaintiff

2. Richard Pharr
   Witness is located in Tupelo, Mississippi

3. Jason N. Shaffer, Esq.
   1021 East Walnut
   Springfield, Missouri   65806

4. Huey Jones
   Contact information unknown

5. George Yarbrough
   Contact information known to the plaintiff

6. Stephen Bensinger
   Contact information known to the plaintiff

7. Judy Thrift
   Contact information known to the plaintiff

8.  Any witness named by the plaintiff.

9.  Any witnesses necessary for rebuttal or impeachment.

10. This defendant reserves the right to amend this witness list should it become necessary.

                                                          /s/ David E. Allred
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Above-Named Defendant

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:  (334) 396-9977
E-mail:     dallred@allredpclaw.com
            callred@allredpclaw.com

### CERTIFICATE OF SERVICE

I hereby certify that I have this 25th day of April, 2007 filed the foregoing *Defendant Ozark's Witness List* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

    Jay Lewis, Esq.
    Carol Gerard, Esq.

                                                          /s/ David E. Allred
OF COUNSEL