IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 2:06cv320-MEF |
| | ) |
| KITCHENS AIRFREIGHT, INC.; and | ) |
| OZARK DELIVERY OF ALABAMA, LLC, | ) |
| | ) |
| *Defendants.* | ) |

## DEFENDANT OZARK'S EXHIBIT LIST

NOW COMES Defendant **OZARK DELIVERY OF ALABAMA, L.L.C.** and submits the following list of exhibits that may be used at the trial of this matter:

1. The application submitted by Plaintiff Wayne McGaughy to Ozark Delivery of Alabama, LLC.

2. The National Labor Relations Board Settlement Agreement by and between the plaintiff and Ozark Delivery.

3. The Notice of Charge of Discrimination and all amendments thereto.

4. The entirety of McGaughy's employee file from Fast Air of Dixie.

5. The entirety of McGaughy's employee file from Ozark Delivery of Alabama, LLC.

6. The Charge against Employer filed with the National Labor Relations Board by George Yarbrough of the International Brotherhood of Teamsters, Local Union 612, and all amendments thereto.

_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Above-Named Defendant

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:   (334) 396-9977
E-mail:   dallred@allredpclaw.com
          callred@allredpclaw.com

### CERTIFICATE OF SERVICE

I hereby certify that I have this 25th day of April, 2007 filed the foregoing *Defendant Ozark's Exhibit List* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

> Jay Lewis, Esq.
> Carol Gerard, Esq.

_____
OF COUNSEL

-2-