IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY,          Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:06-cv-320-MEF-WC ) |
| OZARK DELIVERY OF ALABAMA, LLC          Defendant. | ) ) ) |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

**COMES NOW** Plaintiff Wayne McGaughy, by and through his attorney of record, to pray that the Court will grant him an extension within which to exchange witness list and exhibit list and would show unto the Court as follows:

1. As per this Court's order (Doc. No. 15), the witness list and exhibit list are due April 25, 2007.

2. Plaintiffs' attorney is in Mobile, Alabama handling a different case and is out of the local area until April 27, 2007.

3. Plaintiff's counsel has contacted counsel for the defendant who has no objection to the granting of this motion.

WHEREFORE, the premises considered, Plaintiff prays that the Court will grant him an enlargement of time up to and including April 27, 2007, within which to submit his witness list and exhibit list to the defendant.

RESPECTFULLY SUBMITTED on this the ____25th____ day of April, 2007.

/s/ JAY LEWIS
Jay Lewis
LAW OFFICES OF JAY LEWIS, LLC.
P.O. Box 5059
Montgomery, AL 36103
334-263-7733 (Voice)
334-832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing document on the following counsel or parties, by CM/ECF, by placing a copy of such in the United States mail, properly addressed and first class postage prepaid, or by hand delivery, on this the 25th day of April, 2007.

David Allred
Craig Allred
Attorneys for Defendant
Ozark Delivery of Alabama, LLC

                                      /s/JAY LEWIS
                                      Jay Lewis
                                      LAW OFFICES OF JAY LEWIS, LLC.
                                      P.O. Box 5059
                                      Montgomery, AL 36103
                                      Phone: (334) 263-7733
                                      Fax: (334) 832-4390
                                      J-lewis@jaylewislaw.com
                                      ASB-2014-E66J
                                      Counsel for Plaintiff