IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>KITCHENS EXPRESS, *et al.,* )<br>)<br>    Defendants. ) | CASE NO.2:06-cv-320-MEF |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Extension of Deadline (Doc. #71) filed on April 25, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 26th day of April, 2007.

            /s/ Mark E. Fuller
            CHIEF UNITED STATES DISTRICT JUDGE