IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civil Action No. 2:06cv320-MEF |
| ) | |
| OZARK DELIVERY OF ALABAMA, LLC, ) | |
|     Defendant. ) | |

**PLAINTIFF'S EXHIBIT LIST**

COMES NOW Plaintiff in the above styled cause and submits the following list of exhibits that may be used at the trial of this cause:

1. Subpoena issued August 8, 2006

2. NRLB Settlement Agreement.

3. EEO-1 Headcount Detail Report.

4. Plaintiff's Employment Application submitted to Ozark Delivery of Alabama, LLC..

5. The Notice of Charge of Discrimination and all amendments thereto.

6. Affidavit of Klein Calvert.

7. Affidavit of Arthur Scott.

8. Letter dated April 6, 2006 to Mr. Jones written by Klein Calvert and attachment.

9. Letter dated July 21, 2006 to the "United States District Court of Middle Alabama" written by Klein Calvert.

10. Affidavit of Judy Thrift.

11. Affidavit of George Yarbrough and supplement.

12. Letter dated May 1, 2006 with attachment.

13. Letter to Plaintiff from Calvert dated October 26, 2006.

14.     Such other exhibits as may be used for impeachment, cross examination or rebuttal.

Submitted this the 27th day of April, 2007.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

## CERTIFICATE OF SERVICE

I hereby certify that on the __27th__ day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

David Allred
Craig Allred

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J