IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY,              ) | |
|     Plaintiff,              ) | |
|                                   ) | |
|     v.                              ) | Civil Action No. 2:06cv320-MEF |
|                                   ) | |
| OZARK DELIVERY OF ALABAMA, LLC,  ) | |
|     Defendant.              ) | |

**PLAINTIFF'S WITNESS LIST**

COMES NOW Plaintiff in the above styled cause and submits the following list of persons who may be called to testify at the trial of this cause:

**WILL CALL**
1. Wayne McGaughy, address and telephone number known to the defendant.
2. Betty McGaughy, address and telephone number known to the defendant.
3. Klein Calvert, address and telephone number known to the defendant.
4. Judy Thrift, address and telephone number known to the defendant.

**MAY CALL**
5. George Yarbrough, address and telephone number known to the defendant.
6. Steve Bensinger, NLRB, address and telephone number known to the defendant.
7. Any witness whose identity is discovered between now and the date of trial.
8. Any witness on the defendant's witness list.
9. Any witness needed for rebuttal.

Submitted this the 27th day of April, 2007.

                                                    /s/ JAY LEWIS
                                                  Jay Lewis
                                                  Law Offices of Jay Lewis, LLC
                                                  P.O. Box 5059
                                                  Montgomery, AL 36103
                                                  (334) 263-7733 (Voice)
                                                  (334) 832-4390 (Fax)
                                                  J-Lewis@JayLewisLaw.com
                                                  ASB-2014-E66J

## CERTIFICATE OF SERVICE

I hereby certify that on the __27th__ day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

David Allred
Craig Allred

                                          /s/ JAY LEWIS
                                          Jay Lewis
                                          Law Offices of Jay Lewis, LLC
                                          P.O. Box 5059
                                          Montgomery, AL 36103
                                          (334) 263-7733 (Voice)
                                          (334) 832-4390 (Fax)
                                          J-Lewis@JayLewisLaw.com
                                          ASB-2014-E66J