IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Civil Misc. No 00-3047

**ORDER**

**CONFLICT DISCLOSURE STATEMENT**

In compliance with Fed. R. App. P. 26.1, Fed. R. Bankr. P. 1007(a)(1) and 7007.1, Fed R.

Civ. P. 7.1, and Fed. R. Crim. P. 12.4, which require the judges to avoid conflicts of interest with

unnamed corporations, partnerships, joint ventures, and other non-individual and non-

governmental entities which may be related to parties to actions in this court, it is hereby

ORDERED that this court's order (Doc. #1), entered January 14, 2000 is hereby VACATED.  It

is further ORDERED as follows:

1. All corporate, partnership, joint venture, and other non-individual and non-

governmental parties shall file a statement identifying all parent companies, subsidiaries,

affiliates, partnerships, or similar entities that could potentially pose a financial or professional

conflict for a judge. The statement shall be filed with a party's first appearance.  This

requirement does not apply to governmental or individual parties.

2. In addition to this requirement which applies to all cases, including bankruptcy

appeals, all bankruptcy appeals shall be accompanied by a statement identifying the debtor, the

members of creditors' committee, any entity which is an active participant in the proceedings,

and other entities whose stock or equity value may be substantially affected by the outcome of

the proceedings.

3. If no entities are reportable under paragraphs #1 or #2 of this order, each party is

required to file a statement to that effect contemporaneously with the party's first appearance.

4. It is the responsibility of the applicable party to a case to file a supplemental disclosure statement if, during the pendency of the case, additional reportable entities develop that would have been reportable initially.

5. This rule shall become effective on _MARCH_    _1_ , 2007, and shall apply to all cases pending in this court after that date.

DONE this _16_ day of _February_ , 2007

_____
CHIEF UNITED STATES DISTRICT JUDGE

_____
UNITED STATES DISTRICT JUDGE

_____
UNITED STATES DISTRICT JUDGE

## **SAMPLE NOTICE FORMAT**

**Note:** When E-Filing this pleading, please enter a separate docket entry. The event entry is located on CM/ECF by clicking: CIVIL > OTHER DOCUMENTS > CORPORATE DISCLOSURE STATEMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | |
|---|---|
| _____, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. _____ |
| ) | |
| _____, ) | |
| ) | |
| Defendants, ) | |

### CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐     There are no entities to be reported.

- or -

The following entities are hereby reported:

_____

_____

_____

_____     Signature _____
Date          Counsel

              _____
              Counsel for (print names of all parties)

              _____
              Address, City, State Zip Code

              _____
              Telephone Number

***Certificate of Service Required