IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:06cv320-MEF ) |
| KITCHENS AIRFREIGHT, INC.; and OZARK DELIVERY OF ALABAMA, LLC, | ) ) ) |
| *Defendants.* | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the providers of the Middle District of Alabama's General Order No. 3047:

The following entities are reported: Ozark Delivery, LLC, Ozark Delivery of Missouri, LLC, Ozark Delivery of Mississippi, LLC.

_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Above-Named Defendant

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:   (334) 396-9200
Facsimile:    (334) 396-9977
E-mail:        dallred@allredpclaw.com
                   callred@allredpclaw.com

### CERTIFICATE OF SERVICE

I hereby certify that I have this 1st day of May, 2007 filed the foregoing *Corporate/Conflict Disclosure Statement* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

    Jay Lewis, Esq.
    Carol Gerard, Esq.

_____
OF COUNSEL