IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv320-MEF |
| ) | |
| OZARK DELIVERY OF ALABAMA, LLC, ) | |
| ) | |
| *Defendant.* ) | |

## **DEFENDANT'S REQUESTED VOIR DIRE**

NOW COMES the defendant, OZARK DELIVERY OF ALABAMA, LLC, and submits the following proposed voir dire:

Is there any member of the jury panel who:

1. Knows or has ever had any dealings with Wayne McGaughy or his wife Betty McGaughy, whether on a professional level, such as through your job, or on a personal level, such as through church or a social or civic organization;

2. Knows or has ever had any dealings with Jay Lewis or Andy Nelms whether on a professional level, such as through your job, or on a personal level, such as through church or a social or civic organization. Has anyone ever been represented by either of them;

3. Knows or has ever had any dealings with Judy Thrift, George Yarbrough, Steve Bensinger whether on a professional level, such as through your job,

or on a personal level, such as through church or a social or civic organization;

4. Has ever filed a claim with the EEOC or the NLRB;

5. Is currently or ever been associated with a union of any kind;

6. Is currently or ever been associated with the teamsters union;

7. Is currently or ever been employed by a freight courier of any kind such as DHL, FedEx, UPS;

_____
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Above-Named Defendant

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:  (334) 396-9977
E-mail:  dallred@allredpclaw.com
          callred@allredpclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 18th day of May, 2007 filed the foregoing *Defendant's Requested Voir Dire* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

    Jay Lewis, Esq.
    Carol Gerard, Esq.

                                               /s/ signature
                                               OF COUNSEL