IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv320-MEF |
| ) | |
| OZARK DELIVERY OF ALABAMA, LLC, ) | |
| ) | |
| *Defendant.* ) | |

## OBJECTION TO PLAINTIFF'S EXHIBIT LIST

NOW COMES **OZARK DELIVERY OF ALABAMA, LLC**, defendant herein, and submits the following objections to the plaintiff's exhibit list submitted on April 27, 2007:

1)  With regard to items 10 and 11 of plaintiff's exhibit list, Ozark specifically objects to the admission of the affidavits of Judy Thrift and George Yarbrough, as these affidavits are hearsay and are not admissible at trial. See *Federal Rule of Evidence 802*.

2)  With regard to item 12 of plaintiff's exhibit list, as plaintiff has failed to adequately describe the document to which it refers, Ozark specifically objects to its admission into evidence at trial.

3)  With regard to item 13 of plaintiff's exhibit list, Ozark has not been produced a copy of the letter referred to therein despite requesting "[A]ny and all documentary evidence upon which the plaintiff intends to rely to prove any allegation in the complaint" in its First Requests For Production served to the plaintiff on February 19, 2007. Therefore, Ozark specifically objects to its admission into evidence at trial.

_/s/ David E. Allred_
DAVID E. ALLRED
D. CRAIG ALLRED
Attorneys for Above-Named Defendant

OF COUNSEL:

DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone:  (334) 396-9200
Facsimile:  (334) 396-9977
E-mail:  dallred@allredpclaw.com
         callred@allredpclaw.com

### CERTIFICATE OF SERVICE

I hereby certify that I have this 18th day of May, 2007 filed the foregoing *Objection to Plaintiff's Exhibit List* with the Clerk of the Court for the United States District Court for the Middle District of Alabama, Northern Division, using the CM/ECF system, which will send notification of such filing to:

    Jay Lewis, Esq.
    Carol Gerard, Esq.

_/s/_
OF COUNSEL

-2-