IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE McGAUGHY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 2:06-cv-320-MEF |
| | ) | |
| OZARK DELIVERY OF ALABAMA, LLC | ) | |
|     Defendant. | ) | |

**PLAINTIFF'S REQUESTED VOIR DIRE**

**COMES NOW** Plaintiff Wayne McGaughy ("Plaintiff"), by and through his attorney of record, and would request that the Court inquire of the jury venire as follows:

1. Does any member know David Allred or Craig Allred or any lawyer or support person who is employed by either of them?

2. Does any member know either Jay Lewis, Carol Gerard, Andy Nelms, or any lawyer or support person who is employed by the Law Offices of Jay Lewis, L.L.C., a Montgomery firm?

3. Is any member related to any person who works in the legal profession, either as a lawyer, paralegal, or any other employee of a law firm?

4. Has any member or the relative of any member ever been employed by DHL delivery service, Ozark Delivery of Alabama, LLC, or Kitchens Air Freight, if so when and in what capacity?

5. Have any of you ever worked for a company that sold to, transacted business with, or was otherwise in a business relationship with any of those companies?

6. Has any member or the relative of any member ever been employed by any other delivery

services, if so when and in what capacity?

7. Does any of you know any of the following persons who may testify in this trial?

    a. Wayne McGaughy, the plaintiff

    b. Betty McGaughy, the plaintiff's wife

    c. Klein Calvert, owner of Ozark Delivery of Alabama

    d. Chon Turner, manager of Ozark Delivery of Alabama

    e. Arthur Scott, former manager of Ozark Delivery

    f. Phetsomone Xayadeth, of Ozark Delivery

    g. Judy Thrift, the former manager of Fast Air of Dixie

    h. John H. Kitchens, owner of Kitchens Air Freight

    i. Rod Dubose of Kitchens Air Freight

    j. Scott McDade, of Velocity Express of Asheville, North Carolina

    k. Glenys Dukes, manager of Future Wireless in Selma

    l. Richard Pharr of Tupelo, Mississippi

    m. Jason N. Shaffer, a lawyer in Springfield Missouri

    n. Huey Jones

    o. George Yarbrough, of Birmingham

    p. Steve Bensinger, of New Orleans, an official with the National Labor Relations Board

8. Does any member of the venire work for an insurance company; if so, in what capacity?

9. Is there anyone who would find it difficult to render a verdict against a private employer or would hesitate to award money damages against a government agency?

10. Has any member ever worked in a human resources or personnel department?

11. Has any member ever been responsible for hiring, firing, or disciplining employees?

12. This is an employment discrimination lawsuit in which Mr. McGaughy, the plaintiff, claims that he was subjected to discrimination on the basis of his age and race. Is there anyone on the venire who would for any reason be reluctant to find for the plaintiff if he proved his case on either theory under the law as I will give it to you?

18. Is there anyone on the venire who believes that an employer should be able to hire and fire whomever he wishes without regard to the law?

19. Is there anyone on the venire who is opposed to anti-discrimination laws or anti-discrimination lawsuits?

20. Is there any member of the venire who is simply opposed to filing lawsuits?

21. Does any member of the venire feel that too many lawsuits are filed?

22. Is any member of the venire a member of any organization that seeks to limit either lawsuits or damages awarded? Are you a supporter of any such organization?

23. Does any member of the venire believe that the jury system is "out of control" or that the right of a plaintiff to a trial by jury should be limited?

24. Is there any member who feels that a person should not be able to come to court if he feels his rights under the laws of the United States have been violated?

25. Is there any member of the venire who, for any other reason not addressed, feels that he or she will be unable to serve as a juror in this case?

26. Does any member feel that, if he serves, he will not be able to render a fair verdict because of the issues or the people involved in this case?

RESPECTFULLY SUBMITTED on this the 18th day of May, 2007.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

**CERTIFICATE OF SERVICE**

      I hereby certify that on the __18th__ day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such following to the following:

David Allred
Craig Allred
Attorneys for Defendant

                                      /s/ JAY LEWIS
                                      Jay Lewis, ASB-2014-E66J
                                      Law Offices of Jay Lewis, LLC
                                      P.O. Box 5059
                                      Montgomery, AL 36103
                                      (334) 263-7733 (Voice)
                                      (334) 832-4390 (Fax)
                                      J-Lewis@JayLewisLaw.com