U.S. District Court
Alabama Middle District
Calendar Events Set For **6/4/2007**
Chief Judge Mark E. Fuller, Presiding

**JURY SELECTION - JURY TRIAL**

**WAYNE MCGAUGHY VS. OZARK DELIVERY OF ALABAMA, LLC
2:06CV320-MEF**

---

Jay Lewis and Andy Nelms representing (Plaintiff)

David C. Allred and David E. Allred representing (Defendant)