IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 2:06-cv-320-MEF-WC |
| | ) |
| OZARK DELIVERY OF ALABAMA, LLC<br>    Defendant. | )<br>)<br>) |

**RESPONSE TO THE DEFENDANT'S MOTION IN LIMINE**

**COMES NOW** Plaintiff Wayne McGaughy, by and through his attorney of record, to respond to the defendant's motions in limine as follows:

1. Plaintiff's mention of other entities owned by Klein Calvert will be relevant to show that for five weeks after Plaintiff's employment application was rejected, the defendant utilized Calvert's employees from some of his other delivery companies to operate the defendant's routes in Alabama. Even if the only purpose of mentioning other entities were to show the wealth of the defendant, evidence of the defendant's wealth is admissible on the issue of the amount of punitive damages. *Fury Imports, Inc. v. Shakespeare Co.* 554 F.2d 1376, 1389 (11th Cir. 1977). In fact, the Eleventh Circuit's Pattern Jury Instructions contemplate telling the jury that, "you may consider the financial resources of the defendant in fixing the amount of such damages." Supplemental Damages Instructions, § 2.1. This motion is due to be denied.

2. Plaintiff does not object to the granting of the defendant's second motion in limine regarding offers of compromise or settlement.

RESPECTFULLY SUBMITTED on this the ____29th____ day of May, 2007.

/s/ JAY LEWIS
Jay Lewis
LAW OFFICES OF JAY LEWIS, LLC.
P.O. Box 5059
Montgomery, AL 36103
334-263-7733 (Voice)

334-832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

## CERTIFICATE OF SERVICE

     I hereby certify that I have served the foregoing document on the following counsel or parties, by CM/ECF, by placing a copy of such in the United States mail, properly addressed and first class postage prepaid, or by hand delivery, on this the 29th day of May, 2007.

David Allred
Craig Allred
Attorneys for Defendant
Ozark Delivery of Alabama, LLC

                                  /s/JAY LEWIS
                                  Jay Lewis
                                  LAW OFFICES OF JAY LEWIS, LLC.
                                  P.O. Box 5059
                                  Montgomery, AL 36103
                                  Phone: (334) 263-7733
                                  Fax: (334) 832-4390
                                  J-lewis@jaylewislaw.com
                                  ASB-2014-E66J
                                  Counsel for Plaintiff

Case 2:06-cv-00320-MEF-WC    Document 87    Filed 05/29/2007    Page 2 of 2