IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE McGAUGHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv320-MEF |
| | ) | |
| OZARK DELIVERY OF ALABAMA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF KLEIN CALVERT

| | |
|---|---|
| STATE OF MISSOURI | ) |
| | ) |
| COUNTY OF CHRISTIAN | ) |

1.      My name is Klein Calvert. I am the managing member of Ozark Delivery of

Alabama, LLC., and have personal knowledge of the facts set forth herein.

2.      Ozark Delivery of Alabama, LLC is one of four LLCs of which I am a

member, all of which operate under the name of "Ozark Delivery" (hereinafter "Ozark

companies"). The other Ozark companies are Ozark Delivery, LLC, Ozark Delivery of

Missouri, LLC, and Ozark Delivery of Mississippi, LLC.

3.      Ozark Delivery of Alabama, LLC has nineteen (19) employees.

4.      All of these companies operate separately and independently of one another,

carrying on exclusive operations in their respective states.  For instance, Ozark Delivery

of Alabama, LLC delivers packages only within the State of Alabama.  Furthermore, each

Ozark company requires the purchase of its own equipment and delivery vehicles in order

to carry on its operations. Each Ozark company is headquartered in its own independent facility in the respective states in which they operate.

5.      The personnel and other labor issues regarding the Ozark companies are also handled separately and distinctly from one another. The personnel records are maintained independently by each Ozark company, applications are separately maintained by each company and each company has its own manager to handle personnel issues on a daily basis. Furthermore, applications on file are maintained separately as necessitated by the difference in geographic location of the Ozark companies.

        Further, affiant saith not.


                                        _____
                                        KLEIN CALVERT
                                        Managing Member of
                                        OZARK DELIVERY OF ALABAMA, LLC


STATE OF MISSOURI            )
                             )
COUNTY OF CHRISTIAN          )

        SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of May, 2007.


(SEAL)                       _____
                             NOTARY PUBLIC
                             My commission expires:_____