IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OZARK DELIVERY OF ALABAMA, LLC, )<br>)<br>Defendant. ) | CIVIL ACTION NO. 2:06cv320-MEF |

### JOINT NOTICE AND STIPULATION FOR DISMISSAL

NOW COME the parties, by and through their respective attorneys, and show unto the Court that a mutual agreement of settlement has been reached in this cause; hence, the parties move the Court to dismiss this case with prejudice, costs taxed as paid.

/s/ Jay Lewis
JAY LEWIS
Attorney for Plaintiff

OF COUNSEL:
LAW OFFICES OF JAY LEWIS, LLC
Post Office Box 5059
Montgomery, Alabama 36103
Telephone: (334) 263-7733
Facsimile: (334) 832-4390
E-Mail: J-Lewis@JayLewisLaw.com

/s/ D. Craig Allred
DAVID E. ALLRED
D. CRAIG ALLRED
Attorney for Defendants

OF COUNSEL:
DAVID E. ALLRED, P.C.
Post Office Box 241594
Montgomery, Alabama 36124-1594
Telephone: (334) 396-9200
Facsimile: (334) 396-9977
E-mail: dallred@allredpclaw.com
callred@allredpclaw.com