IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WAYNE McGAUGHY, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO.2:06-cv-320-MEF |
| | ) |
| KITCHENS EXPRESS, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. #91) filed by the parties on June 21, 2007, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 25th day of June, 2007.

                                                       /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE